B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>**Northern District of New York, Syracuse Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ajax Integrated, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **27-1949719** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**41 James St**<br>**Homer, NY**<br>ZIPCODE **13077-1312** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cortland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 30**<br>**Homer, NY**<br>ZIPCODE **13077-0030** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**41 James St, Homer, NY**     ZIPCODE **13077-1312** | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business**
(Check **one** box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

☐ Chapter 7        ☐ Chapter 15 Petition for
☐ Chapter 9         Recognition of a Foreign
☑ Chapter 11        Main Proceeding
☐ Chapter 12       ☐ Chapter 15 Petition for
☐ Chapter 13        Recognition of a Foreign
                    Nonmain Proceeding

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| | Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Ajax Integrated, LLC** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　　Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                      Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Ajax Integrated, LLC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
  Telephone Number (If not represented by attorney)

_____
  Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
  Signature of Foreign Representative

_____
  Printed Name of Foreign Representative

_____
  Date

**Signature of Attorney***

X */s/ Stewart Weisman*
  Signature of Attorney for Debtor(s)

**Stewart Weisman 102806**
**Weisman Law Office**
**8060 Shadowrock Rd**
**Manlius, NY 13104-9727**
**(315) 682-0652 Fax: (315) 682-0734**
**sweisman@twcny.rr.com**

**June 26, 2014**
  Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
  Signature

_____
  Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jay J. DeLine*
  Signature of Authorized Individual

**Jay J. DeLine**
  Printed Name of Authorized Individual

**Manager**
  Title of Authorized Individual

**June 26, 2014**
  Date

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**
**Northern District of New York, Syracuse Division**

IN RE:                                                      Case No. **14-30435**

**Ajax Integrated, LLC**                                    Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Diversified Lending**<br>**5607 S Ave Q Dr**<br>**Lubbick, TX 74912** | | | | **1,600,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**1,600,000.00** |
| **Nations Equipment**<br>**101 Merritt 7**<br>**Norwalk, CT 06851-1059** | | **Trade debt** | | **1,642,751.74**<br>**Collateral:**<br>**993,500.00**<br>**Unsecured:**<br>**649,251.74** |
| **AIG**<br>**222427 Network Pl**<br>**Chicago, IL 60673** | **Harris Beach, PLLC**<br>**1 Park Rd # 300**<br>**Syracuse, NY 13212-3541** | | | **468,619.00** |
| **Express Car & Truck Rental**<br>**555 W Street Rd**<br>**Warminster, PA 18974-3212** | **Bousquet Holstein, PLLC**<br>**110 W Fayette St Ste 900**<br>**Syracuse, NY 13202-1188** | **Trade debt** | | **399,404.91**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**399,404.91** |
| **Adler Tank Rentals**<br>**PO Box 45081**<br>**San Francisco, CA 94145-0081** | | | | **272,936.74** |
| **Kirby-Smith Machinery Inc.**<br>**PO Box 270360**<br>**Oklahoma City, OK 73137-0360** | **Phillips Murrah, PC**<br>**Clay P. Booth**<br>**101 N Robinson Ave Fl 13**<br>**Oklahoma City, OK 73102-5523** | **Trade debt** | | **221,058.44** |
| **Merchant Cash & Capital**<br>**450 Park Ave S Fl 11**<br>**New York, NY 10016-7320** | **Christopher Murray, Esq.**<br>**494 8th Ave Fl 7**<br>**New York, NY 10001-2519** | **Bank loan** | | **210,098.38** |
| **Laurel Aggregate LLC**<br>**250 Lakewood Ctr**<br>**Morgantown, WV 26508-4457** | **The Commerce Law Group**<br>**436 S Main St**<br>**Pittsburgh, PA 15220-5532** | **Trade debt** | | **206,458.79** |
| **CAT Financial**<br>**PO Box 905229**<br>**Charlotte, NC 28290-5229** | | | | **185,918.45**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**185,918.45** |
| **John Swift**<br>**1026 Pine Timbers Dr**<br>**Sour Lake, TX 77659-9257** | | | | **170,000.00** |
| **Harger Utility Contractors, Inc.**<br>**108 W Clinton St**<br>**Lock Haven, PA 17745-2536** | | **Trade debt** | | **168,100.00** |

| | | | |
|---|---|---|---|
| **Horizon Supply Company**<br>**191 Cambridge Way**<br>**New Castle, PA  16101-6377** | **Theodore A Saad, Esq.**<br>**Verterano & Manolis**<br>**2622 Wilmington Rd**<br>**New Castle, PA  16105-1530** | **Trade debt** | **166,582.04**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**166,582.04** |
| **Department of the Treasury**<br>**1 Internal Revenue Service**<br>**Cincinnati, OH  45999-0039** | | | **147,909.26** |
| **Abele Tractor & Equipment Co., Inc.**<br>**72 Everett Rd**<br>**Albany, NY  12205-1418** | | | **143,760.36** |
| **Keystone Surveying and Mapping, Inc.**<br>**9152 Route 22**<br>**Blairsville, PA  15717-4128** | | | **140,071.76** |
| **Knickerbocker Russell Co., Inc.**<br>**4759 Campbells Run Rd**<br>**Pittsburgh, PA  15205-1317** | **McMullin Law Group**<br>**David McMullin, Esq.**<br>**564 Forbes Ave Ste 1007**<br>**Pittsburgh, PA  15219-2903** | **Trade debt** | **116,088.01**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**116,088.01** |
| **Excellus Blue Cross & Blue Shield**<br>**PO Box 5266**<br>**Binghamton, NY  13902-5266** | | **Trade debt** | **100,503.16** |
| **Warren Power & Machinery**<br>**10325 W County Road 117**<br>**Midland, TX  79706** | **Wilken McMurray, PLLC**<br>**1515 S Utica Ave Ste 200**<br>**Tulsa, OK  74104-4933** | | **94,498.08** |
| **Xylem Dewatering Solutions, Inc.**<br>**Godwin Pumps of America**<br>**PO Box 935152**<br>**Atlanta, GA  31193-5152** | | | **93,416.26** |
| **United Rentals North America Inc.**<br>**PO Box 840514**<br>**Dallas, TX  75284-0514** | | | **92,771.72** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **June 26, 2014**                    Signature:  **/s/ Jay J. DeLine**

**Jay J. DeLine, Manager**
(Print Name and Title)

B6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**Northern District of New York, Syracuse Division**

IN RE:                                                                    Case No. **14-30435**

**Ajax Integrated, LLC**                                                  Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 5,018,860.47 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | $ 4,348,896.63 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 163,119.56 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 43 | | $ 7,137,343.47 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 60 | $ 5,018,860.47 | $ 11,649,359.66 | |

**B6A (Official Form 6A) (12/07)**

IN RE **Ajax Integrated, LLC**                                          Case No. **14-30435**
_____
                        Debtor(s)                                          (If known)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

**IN RE** Ajax Integrated, LLC
_____
Debtor(s)                (If known)

Case No. **14-30435**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Niagara Bank Checking Account xxxxxx1462** | | **6.76** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Ajax Integrated, LLC

Case No. **14-30435**

Debtor(s)  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Money owed by Ajax Pipeline to Debtor - Insider** | | **1,540,747.69** |
| | | **Money owed by Bachelor Holdings to Debtor Insider** | | **294,726.09** |
| | | **Monies owed to Debtor by 59 customers with open invoices as of June 5, 2014** **See Exhibit B-16 Attached** | | **1,445,679.93** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 John Deere Skidsteer JD329 DT with Bucket** | | **50,000.00** |
| | | **See Exhbit Labeled B-25 - Diversified Vehicles used to secure diversified lending debt** | | **993,500.00** |
| | | **See Exhibit B-25 No Liens** | | **68,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Ajax Integrated, LLC

Case No. **14-30435**

_____
Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1982 Caterpillar D6D(56ID) Crawler Pipelayer 54X0067** | | **90,000.00** |
| | | **1984 Caterpillar D6D Welding Tractor 03X011119** | | **60,000.00** |
| | | **1988 White Autocar T/A Tractor - Heavy Haul 4V1SDBCH5JU501116** | | **15,000.00** |
| | | **2 1998 Stoughton 48' Flatbed Trailer - HD 1dw1b4824ps829402 and 1dw1b4824PS858802** | | **11,000.00** |
| | | **2-2013 Appalacian Utility Trailers 541FP2226DM000625; 541FP2226DS000720** | | **9,000.00** |
| | | **2006 Talbert 35 ton/2axle Lowboy Trailer -NGB 40FS0442761024887** | | **25,000.00** |
| | | **2011 John Deere Backhoe 4101 4x4 w/cab/air/exthoe 1T0410JXCA0194552** | | **72,000.00** |
| | | **2011 John Deere Tracked Skidsteer JD329DT with bucket and fork 1T0329DKEBD207483** | | **36,000.00** |
| | | **John Deere Backhoe 310SJ 4x4 w/cab/air/exthoe 1T0310SJAB0196285** | | **65,000.00** |
| | | **See Exhibit Labeled B-29 Equipment with No Liens** | | **212,700.00** |
| 30. Inventory. | | **2 miles of 3" Poly Water Line** | | **5,500.00** |
| | | **3000 feet of 10" aluminum Irrigation Pipe** | | **25,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**TOTAL**    **5,018,860.47**

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**B6C (Official Form 6C) (04/13)**

**IN RE** Ajax Integrated, LLC                                    Case No. **14-30435**
_____
    Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

\* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

IN RE **Ajax Integrated, LLC**                                                                Case No. **14-30435**
                    Debtor(s)                                                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Allison Crane & Rigging 2817 Lycoming Creek Rd Williamsport, PA  17701-1026** | | | **Judgment Lien** <br><br> VALUE $ | | | | **1,491.00** | **1,491.00** |
| ACCOUNT NO. **Apple Tractor, LLC 8317 Route 219 Brockway, PA  15824-5947** | | | **Judgment Lien** <br><br> VALUE $ | | | | **2,530.27** | **2,530.27** |
| ACCOUNT NO. **Border Patrol, LLC 86180 Water Works Rd Hopedale, OH  43976-9773** | X | | **Judgment Lien** <br><br> VALUE $ | | | | **22,639.04** | **22,639.04** |
| ACCOUNT NO. **McMullin Law Group, LLC 564 Forbes Ave Ste 1007 Pittsburgh, PA  15219-2903** | | | **Assignee or other notification for: Border Patrol, LLC** <br><br> VALUE $ | | | | | |

_____**5** continuation sheets attached

Subtotal (Total of this page)          $ **26,660.31**    $ **26,660.31**

Total (Use only on last page)          $                          $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                                                 Case No. **14-30435**
_____
            Debtor(s)                                                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **20,677.00** | **20,677.00** |
| C&C Concrete LLC<br>40 Murdock St<br>Canonsburg, PA  15317-1310 | | | Judgment Lien<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | Assignee or other notification for:<br>C&C Concrete LLC | | | | | |
| Damian Amato & Start, P.C.<br>601 Broad St<br>Sewickley, PA  15143-1709 | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | **185,918.45** | **185,918.45** |
| CAT Financial<br>PO Box 905229<br>Charlotte, NC  28290-5229 | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | **12,176.50** | **12,176.50** |
| Chad Stanton<br>2007 Buttermore Blvd<br>Connellsville, PA  15425-1720 | | | Judgment Lien<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | **1,600,000.00** | **1,600,000.00** |
| Diversified Lending<br>5607 S Ave Q Dr<br>Lubbick, TX  74912 | | | Non-Purchase Money Security<br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | **399,404.91** | **399,404.91** |
| Express Car & Truck Rental<br>555 W Street Rd<br>Warminster, PA  18974-3212 | | | Judgment Lien<br><br>VALUE $ | | | | | |

Sheet no. ___**1**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    $ **2,218,176.86**    $ **2,218,176.86**

Total
(Use only on last page)    $                      $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) - Cont.**

IN RE **Ajax Integrated, LLC**                                    Case No. **14-30435**

                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bousquet Holstein, PLLC**<br>**110 W Fayette St Ste 900**<br>**Syracuse, NY  13202-1188** | | | **Assignee or other notification for:**<br>**Express Car & Truck Rental**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Fuel Source, LLC**<br>**PO Box 62685**<br>**San Angelo, TX  76906-2685** | | | **Judgment Lien**<br><br>VALUE $ | | | | **21,964.97** | **21,964.97** |
| ACCOUNT NO.<br>**GE Capital**<br>**Bankruptcy Department**<br>**PO Box 103104**<br>**Atlanta, GA  30326** | | | <br><br>VALUE $ **201,000.00** | | | | **27,057.03** | |
| ACCOUNT NO.<br>**Horizon Supply Company**<br>**191 Cambridge Way**<br>**New Castle, PA  16101-6377** | | | **Judgment Lien**<br><br>VALUE $ | | | | **166,582.04** | **166,582.04** |
| ACCOUNT NO.<br>**Theodore A Saad, Esq.**<br>**Verterano & Manolis**<br>**2622 Wilmington Rd**<br>**New Castle, PA  16105-1530** | | | **Assignee or other notification for:**<br>**Horizon Supply Company**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**John Deere Financial**<br>**PO Box 4450**<br>**Carol Stream, IL  60197-4450** | | | **Purchase Money Security**<br><br>VALUE $ **50,000.00** | | | | **9,732.10** | |

Sheet no. ___**2**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | | | | Subtotal<br>(Total of this page) | $ **225,336.14** | $ **188,547.01** |
|---|---|---|---|---|---|---|---|
|  | | | | | Total<br>(Use only on last page) | $ | $ |
|  | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) – Cont.

IN RE **Ajax Integrated, LLC**                                                    Case No. **14-30435**
_____                              _____
        Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Knickerbocker Russell Co., Inc.**<br>**4759 Campbells Run Rd**<br>**Pittsburgh, PA  15205-1317** | | | **Judgment Lien**<br><br>VALUE $ | | | | **116,088.01** | **116,088.01** |
| ACCOUNT NO.<br>**McMullin Law Group**<br>**David McMullin, Esq.**<br>**564 Forbes Ave Ste 1007**<br>**Pittsburgh, PA  15219-2903** | | | **Assignee or other notification for: Knickerbocker Russell Co., Inc.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Mueller. Inc.**<br>**4625 FM 18**<br>**Abilene, TX  79602-2009** | | | **Judgment Lien**<br><br>VALUE $ | | | | **11,886.82** | **11,886.82** |
| ACCOUNT NO.<br>**Clack & Clayton, LLP**<br>**PO Box 482**<br>**Ballinger, TX  76821-0482** | | | **Assignee or other notification for: Mueller. Inc.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**National Pump & Compressor**<br>**PO Box 301758**<br>**Dallas, TX  75303-1758** | X | | **Mechanic's Lien**<br><br>VALUE $ | | | | **27,761.40** | **27,761.40** |
| ACCOUNT NO.<br>**Nations Equipment**<br>**101 Merritt 7**<br>**Norwalk, CT  06851-1059** | | | **Purchase Money Security**<br><br>VALUE $ **993,500.00** | | | | **1,642,751.74** | **649,251.74** |

Sheet no.  **3**  of  **5**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **1,798,487.97**  $ **804,987.97**

Total
(Use only on last page)  $  $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                                    Case No. **14-30435**
_____
Debtor(s)                                                                         (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7882** <br> **New York State Unemployment Ins.** <br> **PO Box 4301** <br> **Binghamton, NY  13902-4301** | X | | **Judgment Lien** <br><br> VALUE $ | | | | **4,800.75** | **4,800.75** |
| ACCOUNT NO. <br> **Site Safe Solutions, Inc.** <br> **202 S Dixon St Ste 201** <br> **Gainesville, TX  76240-4764** | | | **Judgment Lien** <br><br> VALUE $ | | | | **34,553.88** | **34,553.88** |
| ACCOUNT NO. <br> **Lynch Chappell & Alsup** <br> **The Summit,** <br> **300 N Marienfeld St Ste 700** <br> **Midland, TX  79701-4322** | | | **Assignee or other notification for: Site Safe Solutions, Inc.** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **McKenzie Hughes, LLP** <br> **101 S Salina St Ste 600** <br> **Syracuse, NY  13202-4304** | | | **Assignee or other notification for: Site Safe Solutions, Inc.** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Turner Transport, LLC** <br> **106 Lichen Ct # B** <br> **Myrtle Beach, SC  29588-8737** | X | | **Judgment Lien** <br><br> VALUE $ | | | | **5,000.00** | **5,000.00** |
| ACCOUNT NO. **0729** <br> **VEHIFAX - All Points Capital** <br> **275 Broadhollow Rd** <br> **Melville, NY  11747-4808** | | | VALUE $ **65,000.00** | | | | **16,185.00** | |

Sheet no. ___**4**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    $ **60,539.63**   $ **44,354.63**

Total
(Use only on last page)                 $                $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                    Case No. **14-30435**
_____
Debtor(s)                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **VEHIFAX-Sig Financial** <br> **555 Broadhollow Rd** <br> **Melville, NY  11747-5078** | | | <br><br><br> VALUE $ **108,000.00** | | | | **12,545.00** | |
| ACCOUNT NO. <br><br> **Wayne's Body Shop** <br> **PO Box 142** <br> **Burgettstown, PA  15021-0142** | | | **Judgment Lien** <br><br> VALUE $ | | | | **7,150.72** | **7,150.72** |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

Sheet no. ___**5**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **19,695.72**   $ **7,150.72**

Total
(Use only on last page)   $ **4,348,896.63**   $ **3,289,877.50**

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

**IN RE** Ajax Integrated, LLC                                                          Case No. **14-30435**
_____
Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Ajax Integrated, LLC**                                                    Case No. **14-30435**
_____                         _____
                    Debtor(s)                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____**Taxes and Other Certain Debts Owed to Governmental Units**_____
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9719**<br>**Department of the Treasury**<br>**1 Internal Revenue Service**<br>**Cincinnati, OH  45999-0039** | X | | | | | | **147,909.26** | **147,909.26** | |
| ACCOUNT NO. **9719**<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21226**<br>**Philadelphia, PA  19114-0726** | X | | | | | | **5,712.94** | **383.00** | **5,329.94** |
| ACCOUNT NO.<br>**New York Workers Compensation**<br>**335 Madison Ave Fl 27**<br>**New York, NY  10017-4653** | X | | | | | | **8,218.21** | **8,218.21** | |
| ACCOUNT NO. **9719**<br>**NYS Dept. of Tax and Finance**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY  12205-0300** | X | | | | | | **510.00** | **510.00** | |
| ACCOUNT NO. **2691**<br>**Office of the Ohio Attorney General**<br>**Collections Enforcement Section**<br>**150 E Gay St**<br>**Columbus, OH  43215-3130** | | | | | | | **248.98** | **248.98** | |
| ACCOUNT NO. **2005**<br>**State of Colorado**<br>**CO Dept. of Labor & Employment**<br>**PO Box 8789**<br>**Denver, CO  80201-8789** | X | | | | | | **Unknown** | | |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ **162,599.39** | $ **157,269.45** | $ **5,329.94** |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Ajax Integrated, LLC**                                                        Case No. **14-30435**
_____                                    _____
                    Debtor(s)                                                             (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1740** <br><br>**State of North Carolina Department Of Revenuer PO Box 25000 Raleigh, NC 27640-0100** | X | | | | | | **Unknown** | | |
| ACCOUNT NO. **1549** <br><br>**State of Oklahoma Oklahoma Employment Security Commission PO Box 52004 Oklahoma City, OK 73152-2004** | X | | | | | | **341.17** | **341.17** | |
| ACCOUNT NO. **2918** <br><br>**State of Texas Texas Workforce Commission PO Box 149037 Austin, TX 78714-9037** | X | | | | | | **179.00** | **179.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ **520.17** | $ **520.17** | $ |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **163,119.56** | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **157,789.62** | $ **5,329.94** |

**B6F (Official Form 6F) (12/07)**

**IN RE** Ajax Integrated, LLC             **Case No.** 14-30435

Debtor(s)            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**2-C Equipment LLC**<br>**PO Box 276**<br>**Jarrell, TX  76537-0276** | | | | | | | **23,709.14** |
| ACCOUNT NO.<br>**A&A Construction Co. Inc.**<br>**1262 Ridge Rd**<br>**Clarence, PA  16829-7801** | | | | | | | **12,216.45** |
| ACCOUNT NO. **2397**<br>**Abele Tractor & Equipment Co., Inc.**<br>**72 Everett Rd**<br>**Albany, NY  12205-1418** | | | | | | | **143,760.36** |
| ACCOUNT NO.<br>**Acuren Inspection Inc.**<br>**705 Albany St**<br>**Dayton, OH  45417-3460** | | | | | | | **6,044.44** |

    **42**  continuation sheets attached

Subtotal<br>(Total of this page)   $ **185,730.39**

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE Ajax Integrated, LLC** _____    Case No. **14-30435**
                Debtor(s)                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Relin Golsdtein & Crane, LLP**<br>**28 E Main St Ste 1800**<br>**Rochester, NY  14614-1936** | | | Assignee or other notification for:<br>**Acuren Inspection Inc.** | | | | |
| ACCOUNT NO.<br>**Adler Tank Rentals**<br>**PO Box 45081**<br>**San Francisco, CA  94145-0081** | | | | | | | **272,936.74** |
| ACCOUNT NO. **FD00**<br>**AFLAC**<br>**22 Corporate Woods Blvd**<br>**Albany, NY  12211-2374** | | | | | | | **6,109.28** |
| ACCOUNT NO.<br>**Ahern Rentals**<br>**PO Box 271390**<br>**Las Vegas, NV  89127-1390** | | | | | | | **14,250.32** |
| ACCOUNT NO.<br>**AIG**<br>**222427 Network Pl**<br>**Chicago, IL  60673** | | | | | | | **468,619.00** |
| ACCOUNT NO.<br>**Harris Beach, PLLC**<br>**1 Park Rd # 300**<br>**Syracuse, NY  13212-3541** | | | Assignee or other notification for:<br>**AIG** | | | | |
| ACCOUNT NO.<br>**Air Compressor Solutions**<br>**3001 Kermit Hwy**<br>**Odessa, TX  79764-7306** | | | | | | | **562.28** |

Sheet no. ___**1**___ of ___**42**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **762,477.62**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Ajax Integrated, LLC _____  Case No. **14-30435**
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Airgas East**<br>PO Box 802576<br>Chicago, IL  60680-2576 | | | | | | | 824.95 |
| ACCOUNT NO.<br>**Airgas USA, LLC**<br>PO Box 676015<br>Dallas, TX  75267-6015 | | | | | | | 14,290.97 |
| ACCOUNT NO.<br>**Ajax Rental Corporation**<br>41 James St<br>Homer, NY  13077-1312 | | | | | | | 416,963.61 |
| ACCOUNT NO.<br>**Ajax Wireline Corporation**<br>41 James St<br>Homer, NY  13077-1312 | | | | | | | 450,098.16 |
| ACCOUNT NO.<br>**All American Pressure Wash**<br>PO Box 546<br>Grand View, ID  83624-0546 | | | | | | | 23,825.00 |
| ACCOUNT NO.<br>**All Ways Trucking**<br>3639 Aviation Way<br>Medford, OR  97504-9758 | | | | | | | 23,879.00 |
| ACCOUNT NO.<br>**Allegheny Crane Rental Inc.**<br>4200 Steubenville Pike<br>Pittsburgh, PA  15205-9645 | | | | | | | 1,245.00 |

Sheet no. **2** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **931,126.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Ajax Integrated, LLC

Case No. **14-30435**

_____Debtor(s)_____ _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Allied Waste Services** <br> PO Box 78829 <br> Phoenix, AZ  85062-8829 | | | | | | | 390.13 |
| ACCOUNT NO. <br> **ALLOY-OXYGEN and Welding Supply** <br> 60 S 24th St <br> Pittsburgh, PA  15203-2122 | | | | | | | 5,357.20 |
| ACCOUNT NO. <br> **Alvarez Enterprises LLC** <br> RR 11 Box 57 <br> Colliers, WV  26035-9704 | | | | | | | 62,078.58 |
| ACCOUNT NO. <br> **Cohen Grigsby** <br> 625 Liberty Ave <br> Pittsburgh, PA  15222-3110 | | | Assignee or other notification for: <br> Alvarez Enterprises LLC | | | | |
| ACCOUNT NO. <br> **Amigo Energy** <br> PO Box 301410 <br> Dallas, TX  75303-1410 | | | | | | | 19.24 |
| ACCOUNT NO. <br> **Apple Tractor, LLC** <br> 8317 Route 219 <br> Brockway, PA  15824-5947 | | | | | | | 11,910.49 |
| ACCOUNT NO. <br> **Arnis Sprancmanis** <br> PO Box 5119 <br> Syracuse, NY  13220-5119 | | | | | | | 925.00 |

Sheet no. ____**3**____ of ____**42**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **80,680.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                                                 Case No. **14-30435**
_____                                    _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Asayo Creative, Inc.**<br>939 Canyon Rd<br>Morgantown, WV  26508-0953 | | | | | | | 3,027.50 |
| ACCOUNT NO.<br>**Associated Supply Company, Inc.**<br>PO Box 3888<br>Lubbock, TX  79452-3888 | | | | | | | 643.75 |
| ACCOUNT NO.<br>**AT&T**<br>PO Box 105414<br>Atlanta, GA  30348-5414 | | | | | | | 281.71 |
| ACCOUNT NO.<br>**Atlas Copco Contruction Mining Technique**<br>PO Box 200948<br>Pittsburgh, PA  15251-0948 | | | | | | | 428.67 |
| ACCOUNT NO.<br>**Auto Definitions**<br>715 S Murphy St<br>Stillwater, OK  74074-1515 | | | | | | | 804.73 |
| ACCOUNT NO.<br>**Auto Zone**<br>PO Box 116067<br>Atlanta, GA  30368-6067 | | | | | | | 2,742.46 |
| ACCOUNT NO.<br>**Aveda**<br>PO Box 1177<br>Mineral Wells, TX  76068-1177 | | | | | | | 28,500.00 |

Sheet no. ___**4**___ of ___**42**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **36,428.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**

Debtor(s)

Case No. **14-30435**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B&C Business Products, Inc** 113 W 9th Ave Stillwater, OK 74074-4606 | | | | | | | 439.35 |
| ACCOUNT NO. **B&W Towing** 701 Addison Rd Painted Post, NY 14870-8538 | | | | | | | 675.00 |
| ACCOUNT NO. **B&W Truck-Trailer Machine Shop** PO Box 5277 San Angelo, TX 76902-5277 | | | | | | | 790.38 |
| ACCOUNT NO. **Bass Fishing & Rentals, LLC** PO Box 731806 Dallas, TX 75373-1806 | | | | | | | 2,000.00 |
| ACCOUNT NO. **Bell Supply Company** PO Box 842263 Dallas, TX 75284-2263 | | | | | | | 723.70 |
| ACCOUNT NO. **Belles Springs Structures LLC** 74 Airstrip Dr Mill Hall, PA 17751-9398 | | | | | | | 6,900.00 |
| ACCOUNT NO. **Bergrad Inc.** 747 Eljer Way Ford City, PA 16226-1145 | | | | | | | 3,654.00 |

Sheet no. **5** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,182.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)
(If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Best Well Services**<br>**5727 S Lewis Ave**<br>**Tulsa, OK 74105-7119** | | | | | | | **7,872.00** |
| ACCOUNT NO.<br>**Big Spring Welding Supply**<br>**PO Box 1472**<br>**Big Spring, TX 79721-1472** | | | | | | | **1,203.47** |
| ACCOUNT NO.<br>**Blue River Integration, LLC**<br>**164 Adelaide Rd**<br>**Connellsville, PA 15425-6212** | | | | | | | **4,359.47** |
| ACCOUNT NO. **0003**<br>**Bridgewell Resources, LLC**<br>**PO Box 912368**<br>**Denver, CO 80291-2368** | | | | | | | **41,769.95** |
| ACCOUNT NO.<br>**Christopher Parnell**<br>**851 SW 6th Ave Ste 1500**<br>**Portland, OR 97204-1352** | | | **Assignee or other notification for:**<br>**Bridgewell Resources, LLC** | | | | |
| ACCOUNT NO.<br>**Burbank Materials**<br>**PO Box 105**<br>**Burbank, OK 74633-0105** | | | | | | | **51,995.27** |
| ACCOUNT NO.<br>**Ed R. Crockett, Esq.**<br>**6380 E 31st St Ste A**<br>**Tulsa, OK 74135-5456** | | | **Assignee or other notification for:**<br>**Burbank Materials** | | | | |

Sheet no. **6** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **107,200.16**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**

Case No. **14-30435**

Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Burgettstown Auto Parts, Inc.** <br> 1921 Main St <br> Burgettstown, PA  15021-1181 | | | | | | | 13,588.36 |
| ACCOUNT NO. <br> **Accounts Receivable** <br> 5517 Hansel Ave <br> Orlando, FL  32809-3404 | | | Assignee or other notification for: <br> Burgettstown Auto Parts, Inc. | | | | |
| ACCOUNT NO. <br> **Burgettstown Smith Township Joint Sewara** <br> PO Box 389 <br> Burgettstown, PA  15021-0389 | | | | | | | 517.74 |
| ACCOUNT NO. <br> **Burk Oil Co., Inc.** <br> PO Box 772 <br> Weatherford, OK  73096-0772 | | | | | | | 19,004.99 |
| ACCOUNT NO. <br> **Doyle Harris David & Haughey** <br> 1350 S Boulder Ave Ste 700 <br> Tulsa, OK  74119-3208 | | | Assignee or other notification for: <br> Burk Oil Co., Inc. | | | | |
| ACCOUNT NO. <br> **Cardinal Industries, Inc.** <br> PO Box 1430 <br> Grundy, VA  24614-1430 | | | | | | | 483.07 |
| ACCOUNT NO. <br> **Cardinal Tire & Auto Center** <br> 150 Center Ave <br> Burgettstown, PA  15021-1204 | | | | | | | 11,014.69 |

Sheet no. ____**7**___ of ___**42**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **44,608.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                    Case No. **14-30435**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Carlislie Recuperation** <br> 148 Linnwood Dr <br> Washington, PA 15301-9349 | | | | | | | 30,000.00 |
| ACCOUNT NO. <br> **Cascade Tanks, LLC** <br> PO Box 912604 <br> Denver, CO 80291-2604 | | | | | | | 51,185.01 |
| ACCOUNT NO. <br> **Cassidy Signs Inc.** <br> 7 Cassidy Dr <br> Burgettstown, PA 15021-2815 | | | | | | | 1,334.60 |
| ACCOUNT NO. <br> **CAT Commercial Accounts** <br> PO Box 905229 <br> Charlotte, NC 28290-5229 | | | | | | | 1.00 |
| ACCOUNT NO. <br> **ABC/Amega Inc** <br> 1100 Main St <br> Buffalo, NY 14209-2308 | | | Assignee or other notification for: <br> **CAT Commercial Accounts** | | | | |
| ACCOUNT NO. <br> **Cayuga Press of Cortland** <br> 215 S Main St <br> Cortland, NY 13045-3266 | | | | | | | 1,419.00 |
| ACCOUNT NO. <br> **CB Ag Holdings, Inc.** <br> 16055 Space Center Blvd <br> Houston, TX 77062-6251 | | | | | | | 1,570.00 |

Sheet no. **8** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **85,509.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                                    Case No. **14-30435**
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2505** <br> **Central Penn Gas** <br> **PO Box 15426** <br> **Wilmington, DE 19886-5426** | | | | | | | **972.71** |
| ACCOUNT NO. <br> **Torres Credit Services Inc.** <br> **PO Box 189** <br> **Carlisle, PA 17013-0189** | | | **Assignee or other notification for:** <br> **Central Penn Gas** | | | | |
| ACCOUNT NO. <br> **CGI International, Inc.** <br> **1215 Henderson Ave** <br> **Washington, PA 15301-6056** | | | | | | | **13,151.06** |
| ACCOUNT NO. <br> **Chem-Can Services, Inc.** <br> **PO Box 1346** <br> **Enid, OK 73702-1346** | | | | | | | **548.52** |
| ACCOUNT NO. <br> **Choice Auto Glass** <br> **1991 Oak Hill Rd** <br> **Alpine, NY 14805-9761** | | | | | | | **325.00** |
| ACCOUNT NO. <br> **Cintas Corporation** <br> **9755 Clifford Dr Ste 190** <br> **Dallas, TX 75220-5336** | | | | | | | **2,786.72** |
| ACCOUNT NO. <br> **Classic Trucking, LLC** <br> **3214 Ranchland Dr** <br> **Midland, TX 79705-5716** | | | | | | | **1,000.00** |

Sheet no. ___**9**___ of ___**42**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $ **18,784.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                                   Case No. **14-30435**
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clean Harbors Env. Services**<br>**PO Box 3442**<br>**Boston, MA  02241-3442** | | | | | | | **22,346.36** |
| ACCOUNT NO.<br>**Cleveland Brothers CAT**<br>**PO Box 417094**<br>**Boston, MA  02241-7094** | | | | | | | **1,534.97** |
| ACCOUNT NO.<br>**Cleveland Brothers Equipment Co. Inc.**<br>**PO Box 417094**<br>**Boston, MA  02241-7094** | | | | | | | **83,575.24** |
| ACCOUNT NO. **0287**<br>**CNA Surety**<br>**101 S Reid St Ste 300**<br>**Sioux Falls, SD  57103-7045** | | | | | | | **524.42** |
| ACCOUNT NO.<br>**Commonwealth of Pennsylvannia**<br>**Department of Transportation**<br>**PO Box 8212**<br>**Harrisburg, PA  17105-8212** | | | **Assignee or other notification for:**<br>**CNA Surety** | | | | |
| ACCOUNT NO.<br>**Western Surety Company**<br>**101 S Reid St Ste 300**<br>**Sioux Falls, SD  57103-7045** | | | **Assignee or other notification for:**<br>**CNA Surety** | | | | |
| ACCOUNT NO.<br>**Cooper Supply, Inc**<br>**215 Santa Anna Ave**<br>**Coleman, TX  76834-7411** | | | | | | | **16,530.00** |

Sheet no. **10** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **124,510.99**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ajax Integrated, LLC

Debtor(s)

Case No. **14-30435**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Core Laboratories LP (Owens Oil Tools)** <br> **c/o Performance Source II, LTD** <br> **PO Box 300763** <br> **Chicago, IL  60630-0763** | | | | | | | **17,800.00** |
| ACCOUNT NO. <br> **Cowboy Tire, LLC** <br> **5505 N Clay Rd** <br> **Glencoe, OK  74032-1558** | | | | | | | **3,615.12** |
| ACCOUNT NO. <br> **CREC 2677304** <br> **PO Box 1809** <br> **Stillwater, OK  74076-1809** | | | | | | | **1,236.29** |
| ACCOUNT NO. <br> **Crescent Services, LLC** <br> **5749 NW 132nd St** <br> **Oklahoma City, OK  73142-4437** | | | | | | | **186.69** |
| ACCOUNT NO. <br> **Crile Conslidated Ind. Inc.** <br> **1086 Jolly School Rd** <br> **Washington, PA  15301-8589** | | | | | | | **6,518.01** |
| ACCOUNT NO. <br> **Becker Rodman & Associates** <br> **1468 E Lebanon Rd** <br> **Dover, DE  19901-5833** | | | **Assignee or other notification for:** <br> **Crile Conslidated Ind. Inc.** | | | | |
| ACCOUNT NO. <br> **Cristle Transportation** <br> **13100 Vassar Dr** <br> **Frisco, TX  75035-2340** | | | | | | | **980.00** |

Sheet no. __11__ of __42__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30,336.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)

Case No. **14-30435**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CS&T LLC** PO Box 1431 Cushing, OK  74023-1431 | | | | | | | 4,050.00 |
| ACCOUNT NO. **Curry Supply Co.** 4183 Cove Mountain Rd Roaring Spring, PA  16673-8214 | | | | | | | 56,152.50 |
| ACCOUNT NO. **Damage Recovery Unit** PO Box 842442 Dallas, TX  75284-2442 | | | | | | | 1,103.00 |
| ACCOUNT NO. **Davidson Document Solutions, Inc.** 2600 Longhorn Blvd # 102 Austin, TX  78758-7672 | | | | | | | 48.71 |
| ACCOUNT NO. **DeLine Drilling Corp.** 41 James St Homer, NY  13077-1312 | | | | | | | 1,112,556.18 |
| ACCOUNT NO. **Dermody Burke & Brown, CPA's & LLC** 443 N Franklin St Syracuse, NY  13204-5422 | | | | | | | 27,175.00 |
| ACCOUNT NO. **Direct Discount Tire** 601 S Main St Stillwater, OK  74074-4060 | | | | | | | 1,275.64 |

Sheet no. **12** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,202,361.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                    Case No. **14-30435**
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DMI International Inc.**<br>**15715 E Pine St**<br>**Tulsa, OK  74116-2465** | | | | | | | **55,541.27** |
| ACCOUNT NO.<br>**Don's Directory, Inc.**<br>**551 Highway 92**<br>**Crawford, CO  81415-8801** | | | | | | | **130.00** |
| ACCOUNT NO.<br>**Donaldson Supply Company**<br>**40 Murdock St**<br>**Canonsburg, PA  15317-1310** | | | | | | | **20,677.00** |
| ACCOUNT NO.<br>**Drug & Alcohol Testing Industry Assoc**<br>**1325 G St NW Ste 500**<br>**Washington, DC  20005-3136** | | | | | | | **199.00** |
| ACCOUNT NO.<br>**Dunagin Transport**<br>**PO Box 208**<br>**Merkel, TX  79536-0208** | | | | | | | **2,900.00** |
| ACCOUNT NO.<br>**Earl-Le Dozer Service, LLC**<br>**PO Box 351**<br>**Drumright, OK  74030-0351** | | | | | | | **20,557.00** |
| ACCOUNT NO.<br>**Empress Car & Truck Rental**<br>**555 West Rd**<br>**Warminster, PA  18974** | | | | | | | **74,594.45** |

Sheet no. **13** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **174,598.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**        Case No. **14-30435**

      Debtor(s)                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Energy Services**<br>**PO Box 4541**<br>**Grand Junction, CO 81502-4541** | | | | | | | 1,505.80 |
| ACCOUNT NO.<br>**Enid Mack Sales, Inc**<br>**PO Box 5009**<br>**Enid, OK 73702-5009** | | | | | | | 1,307.50 |
| ACCOUNT NO.<br>**Enterprise Rent-A-Car**<br>**7451 Paxton St**<br>**Harrisburg, PA 17111-5424** | | | | | | | 8,297.00 |
| ACCOUNT NO.<br>**Equipment Transport, LLC**<br>**1 Tyler Ct**<br>**Carlisle, PA 17015-7913** | | | | | | | 27,837.50 |
| ACCOUNT NO.<br>**Excellus Blue Cross & Blue Shield**<br>**PO Box 5266**<br>**Binghamton, NY 13902-5266** | | | | | | | 100,503.16 |
| ACCOUNT NO. **28MB**<br>**Faithful Farms**<br>**127 Poundstone Rd**<br>**Uniontown, PA 15401-6807** | | | | | | | 11,700.64 |
| ACCOUNT NO. **9609**<br>**First Financial Asset MGMT Inc**<br>**PO Box 56245**<br>**Atlanta, GA 30343-0245** | | | previous claim from PENRAC LLC | | | | 1,103.80 |

Sheet no. **14** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **152,255.40**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)        (If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **First Oilfield Supply LLC** PO Box 1469 McAlester, OK  74502-1469 | | | | | | | 1,132.32 |
| ACCOUNT NO. **Fisher Auto Parts, Inc.** 216 N 3rd St Clearfield, PA  16830-2525 | | | | | | | 1,017.90 |
| ACCOUNT NO. **Five Star Carriers, Inc.** PO Box 682348 Franklin, TN  37068-2348 | | | | | | | 1,000.00 |
| ACCOUNT NO. **Fleet Pride Truck & Trailer Parts** PO Box 847118 Dallas, TX  75284-7118 | | | | | | | 54.16 |
| ACCOUNT NO. **Fred Hoskins** 414 Thompson Ln Austin, TX  78742-2424 | | | | | | | 4,500.00 |
| ACCOUNT NO. **Frey Heavy Duty** 41 E Tupper St Buffalo, NY  14203-1303 | | | | | | | 2,997.00 |
| ACCOUNT NO. **Gene Fleming Trucking Co., Inc.** 33 Baker Rd Millerton, PA  16936-9471 | | | | | | | 650.00 |

Sheet no. __**15**__ of __**42**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **11,351.38**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                          Case No. **14-30435**
_____
        Debtor(s)                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Geoforce, Inc.** <br> PO Box 3432 <br> Coppell, TX  75019-9432 | | | | | | | 39,747.67 |
| ACCOUNT NO. **28rk** <br> **Glass Bagging Enterprises, Inc.** <br> 1212 Mill Rd <br> Duncansville, PA  16635-7015 | | | | | | | 3,552.00 |
| ACCOUNT NO. <br> **Global Tracking Communications** <br> 27244 Via Industria <br> Temecula, CA  92590-3751 | | | | | | | 18,335.96 |
| ACCOUNT NO. <br> **Good Tire Service** <br> 13616 State Route 422 <br> Kittanning, PA  16201-3548 | | | | | | | 402.90 |
| ACCOUNT NO. <br> **Grady Rentals** <br> 2745 S Highway 171 <br> Cleburne, TX  76031-0756 | | | | | | | 3,048.16 |
| ACCOUNT NO. <br> **Grainger** <br> 1 Main St <br> Palatine, IL  60038-0001 | | | | | | | 1,012.01 |
| ACCOUNT NO. **3601** <br> **Great-West Retirement Services** <br> PO Box 173764 <br> Denver, CO  80217-3764 | | | | | | | 3,750.00 |

Sheet no. __**16**__ of __**42**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **69,848.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ajax Integrated, LLC        Case No. **14-30435**

Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Growmark FS, LLC** <br> **1016 Route 519** <br> **Eighty Four, PA 15330-2812** | | | | | | | **15,728.61** |
| ACCOUNT NO. <br> **Gurnsey Tank Maintenance** <br> **1 Main St** <br> **Corning, NY 14830-3515** | | | | | | | **2,288.00** |
| ACCOUNT NO. <br> **H&E Equipment Services, Inc.** <br> **PO Box 849850** <br> **Dallas, TX 75284-9850** | | | | | | | **81,665.53** |
| ACCOUNT NO. <br> **Felker Sander & Associates** <br> **4045 NW 64th St Ste 510** <br> **Oklahoma City, OK 73116-2607** | | | Assignee or other notification for: <br> H&E Equipment Services, Inc. | | | | |
| ACCOUNT NO. <br> **H2X** <br> **2804 S FM 51 Ste B** <br> **Decatur, TX 76234-4089** | | | | | | | **3,710.00** |
| ACCOUNT NO. <br> **Hands Free Company** <br> **140 Enchanted Pkwy** <br> **Ballwin, MO 63021-5491** | | | | | | | **1,120.00** |
| ACCOUNT NO. <br> **Hanes Supply Company** <br> **55 James E Casey Dr** <br> **Buffalo, NY 14206-2361** | | | | | | | **1,223.03** |

Sheet no. **17** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **105,735.17**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                         Case No. **14-30435**
_____
Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hard Dollar** <br> **9977 N 90th St** <br> **Scottsdale, AZ  85258-4423** | | | | | | | 5,165.65 |
| ACCOUNT NO. **3501** <br> **Hard Rock Drilling** <br> **PO Box 33371** <br> **San Antonio, TX  78265-3371** | | | | | | | 22,575.00 |
| ACCOUNT NO. <br> **Harger Utility Contractors, Inc.** <br> **108 W Clinton St** <br> **Lock Haven, PA  17745-2536** | | | | | | | 168,100.00 |
| ACCOUNT NO. <br> **Hatch Mott McDonald** <br> **1010 Oliver Rd Apt A** <br> **Monroe, LA  71201-5738** | | | | | | | 4,464.50 |
| ACCOUNT NO. <br> **Hertz Equipment Rental** <br> **PO Box 650280** <br> **Dallas, TX  75265-0280** | | | | | | | 42,778.66 |
| ACCOUNT NO. <br> **Higginbotham Bros True Value** <br> **PO Box 392** <br> **Comanche, TX  76442-0392** | | | | | | | 2,486.61 |
| ACCOUNT NO. <br> **HighMount** <br> **16945 Northchase Dr Ste 1750** <br> **Houston, TX  77060-2151** | | | | | | | **Unknown** |

Sheet no. **18** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **245,570.42**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                                Case No. **14-30435**
_____
Debtor(s)                                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| **Highway Equipment & Supply Co** **PO Box 1957** **Harrisburg, PA  17105-1957** |  |  |  |  |  |  | 947.96 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| **Holt CAT** **PO Box 911975** **Dallas, TX  75391-1975** |  |  |  |  |  |  | 21,870.45 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| **HRT Transport Inc.** **PO Box G** **Poteau, OK  74953-1507** |  |  |  |  |  |  | 915.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| **Incorp Services, Inc.** **2360 Corporate Cir Ste 400** **Henderson, NV  89074-7739** |  |  |  |  |  |  | 500.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| **Industrial Hose and Oilfield Supply, Inc** **2200 Avenue R** **Snyder, TX  79549-1918** |  |  |  |  |  |  | 6,896.49 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| **Industrial Matting, LLC** **7327 SW Barnes Rd Ste 802** **Portland, OR  97225-6119** |  |  |  |  |  |  | 43,225.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| **Infiniti Logistics, Inc** **4701 College Blvd Ste 104** **Leawood, KS  66211-1890** |  |  |  |  |  |  | 4,900.00 |

Sheet no. **19** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **79,254.90**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                           Case No. **14-30435**
_____
Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Inland Tarp & Liner** **1600 N Main St** **Fostoria, OH  44830-1941** | | | | | | | 3,968.36 |
| ACCOUNT NO. | | | | | | | |
| **Interstate Billing Service, Inc.** **PO Box 2208** **Decatur, AL  35609-2208** | | | | | | | 3,951.37 |
| ACCOUNT NO. | | | | | | | |
| **Interstate Capital Corp.** **11333 N Central Expy** **Dallas, TX  75243-6706** | | | | | | | 3,500.00 |
| ACCOUNT NO. | | | | | | | |
| **James Lewis Trucking** **4165 E Pine Lake Rd** **New Springfield, OH  44443-9735** | | | | | | | 578.00 |
| ACCOUNT NO. | | | | | | | |
| **Jan X-Ray Services Inc.** **PO Box 29253** **New York, NY  10087-9253** | | | | | | | 42,388.00 |
| ACCOUNT NO. | | | | | | | |
| **Jay J. Deline** **4505 State Route 281** **Cortland, NY  13045-8859** | | | | | | | 223,353.00 |
| ACCOUNT NO. | | | | | | | |
| **JD Trucking of Indiana, LLC** **608 S South St** **Brookston, IN  47923-8311** | | | | | | | 1,075.00 |

Sheet no. **20** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **278,813.73**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Ajax Integrated, LLC
_____
Debtor(s)                                      (If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Jim Bass Ford, Inc. 4032 W Houston Harte Expy San Angelo, TX 76901-5049 | | | | | | | 3,218.47 |
| ACCOUNT NO. | | | | | | | |
| JMD Company 5401 Progress Blvd Bethel Park, PA 15102-2517 | | | | | | | 5,700.00 |
| ACCOUNT NO. | | | | | | | |
| John Swift 1026 Pine Timbers Dr Sour Lake, TX 77659-9257 | | | | | | | 170,000.00 |
| ACCOUNT NO. | | | | | | | |
| JP Graham Transport, Inc. PO Box 390 Rochester, PA 15074-0390 | | | | | | | 1,850.00 |
| ACCOUNT NO. | | | | | | | |
| JS Oilfield Services, LLC PO Box 546 Grand View, ID 83624-0546 | | | | | | | 13,491.00 |
| ACCOUNT NO. | | | | | | | |
| Jump Transport PO Box 1456 Newcastle, OK 73065-1456 | | | | | | | 2,400.00 |
| ACCOUNT NO. | | | | | | | |
| K&B Services, LLC PO Box 424 Quitman, AR 72131-0424 | | | | | | | 32,721.40 |

Sheet no. **21** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **229,380.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ajax Integrated, LLC
_____
Debtor(s) (If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Keystone Surveying and Mapping, Inc.**<br>**9152 Route 22**<br>**Blairsville, PA  15717-4128** | | | | | | | 140,071.76 |
| ACCOUNT NO.<br>**Keystone Wireline Service**<br>**135 Looker Mountain Trl**<br>**Bradford, PA  16701-3443** | | | | | | | 5,875.00 |
| ACCOUNT NO.<br>**Kibbe Oil & Gas Field Services**<br>**150 Harrison Fox Hill Rd**<br>**Harrison Valley, PA  16927-9415** | | | | | | | 4,500.00 |
| ACCOUNT NO.<br>**Kimberly Kisner, Esq.**<br>**1 Oxford Center 301 Grant St Ste 4300**<br>**Pittsburgh, PA  15219** | | | | | | | 20,000.00 |
| ACCOUNT NO.<br>**Kinnunen Sales & Rentals, Inc.**<br>**707 E 6th Ave**<br>**Stillwater, OK  74074-3704** | | | | | | | 7,080.39 |
| ACCOUNT NO.<br>**Micah D. Sexton**<br>**123 W 7th Ave Ste 202P**<br>**Stillwater, OK  74074-4068** | | | Assignee or other notification for:<br>Kinnunen Sales & Rentals, Inc. | | | | |
| ACCOUNT NO.<br>**KIOGA**<br>**229 E William St Ste 211**<br>**Wichita, KS  67202-4027** | | | | | | | 1,500.00 |

Sheet no. **22** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **179,027.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
<br>Debtor(s)

Case No. **14-30435**
<br>(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kirby-Smith Machinery Inc.**<br>PO Box 270360<br>Oklahoma City, OK  73137-0360 | | | | | | | **221,058.44** |
| ACCOUNT NO.<br>**Phillips Murrah, PC**<br>Clay P. Booth<br>101 N Robinson Ave Fl 13<br>Oklahoma City, OK  73102-5523 | | | Assignee or other notification for:<br>Kirby-Smith Machinery Inc. | | | | |
| ACCOUNT NO.<br>**Kisner Law Firm**<br>301 Grant St Ste 4300<br>Pittsburgh, PA  15219-6405 | | | | | | | **2,769.47** |
| ACCOUNT NO.<br>**Knox Oil Field Supply, Inc.**<br>PO Box 60065<br>San Angelo, TX  76906-0065 | | | | | | | **5,651.94** |
| ACCOUNT NO.<br>**Kwik Kar Lube & Wash**<br>4385 Sherwood Way<br>San Angelo, TX  76901-5614 | | | | | | | **2,086.31** |
| ACCOUNT NO.<br>**Kwik Kar Service Center, LLC**<br>119 N Perkins Rd<br>Stillwater, OK  74075-5507 | | | | | | | **1,399.42** |
| ACCOUNT NO.<br>**Laurel Aggregate LLC**<br>250 Lakewood Ctr<br>Morgantown, WV  26508-4457 | | | | | | | **206,458.79** |

Sheet no. __23__ of __42__ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $ **439,424.37**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                          Case No. **14-30435**
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**The Commerce Law Group**<br>**436 S Main St**<br>**Pittsburgh, PA  15220-5532** | | | **Assignee or other notification for:**<br>**Laurel Aggregate LLC** | | | | |
| ACCOUNT NO.<br><br>**Lezzer Energy Services Division**<br>**PO Box 217**<br>**Curwensville, PA  16833-0217** | | | | | | | **11,617.80** |
| ACCOUNT NO.<br><br>**Babst Calland**<br>**Ashley Passero, Esq.**<br>**2 Gateway Ctr**<br>**Pittsburgh, PA  15222** | | | **Assignee or other notification for:**<br>**Lezzer Energy Services Division** | | | | |
| ACCOUNT NO.<br><br>**Liberty Sales & Distribution, LLC**<br>**2880 Bergey Rd Ste F**<br>**Hatfield, PA  19440-1764** | | | | | | | **9,614.44** |
| ACCOUNT NO.<br><br>**Light Tower Rentals**<br>**2330 E Interstate 20**<br>**Odessa, TX  79766-8842** | | | | | | | **31,240.00** |
| ACCOUNT NO.<br><br>**Rick Browning**<br>**5050 E University Blvd Ste 1**<br>**Odessa, TX  79762-8100** | | | **Assignee or other notification for:**<br>**Light Tower Rentals** | | | | |
| ACCOUNT NO.<br><br>**Liquid Luggers**<br>**183 Edgeworth Ave**<br>**East Palestine, OH  44413-1554** | | | | | | | **14,225.00** |

Sheet no. **24** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **66,697.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Ajax Integrated, LLC**                                                    Case No. **14-30435**
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Liquid Luggers, LLC** <br> **183 Edgeworth Ave** <br> **East Palestine, OH  44413-1554** | | | | | | | 2,993.90 |
| ACCOUNT NO. <br> **Location Builders** <br> **PO Box 1225** <br> **Sonora, TX  76950-1225** | | | | | | | 2,914.00 |
| ACCOUNT NO. <br> **Lyden Oil Company** <br> **3711 Leharps Dr** <br> **Youngstown, OH  44515-1492** | | | | | | | 2,015.24 |
| ACCOUNT NO. <br> **M&M Supply Co.** <br> **PO Box 870164** <br> **Kansas City, MO  64187-0164** | | | | | | | 9,611.00 |
| ACCOUNT NO. <br> **Denker & Butler, PLLC** <br> **4700 NW 23rd St Ste 112** <br> **Oklahoma City, OK  73127-2037** | | | **Assignee or other notification for:** <br> **M&M Supply Co.** | | | | |
| ACCOUNT NO. <br> **M. Raynor Sales & Equipment** <br> **PO Box 339** <br> **Atlasburg, PA  15004-0339** | | | | | | | 18,374.00 |
| ACCOUNT NO. <br> **McDonald, Coinot Crouse, LLP** <br> **1000 Pittsford Victor Rd** <br> **Pittsford, NY  14534-3822** | | | | | | | 30,148.00 |

Sheet no. __25__ of __42__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **66,056.14**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)

Case No. **14-30435**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **McJunkin Red Man Corporation** <br> **7166 Highway 83 S** <br> **Asherton, TX 78827** | | | | | | | 1,526.87 |
| ACCOUNT NO. <br> **Meadow Lark Transport, Inc.** <br> **PO Box 50575** <br> **Billings, MT 59105-0575** | | | | | | | 3,225.00 |
| ACCOUNT NO. <br> **Merchant Cash & Capital** <br> **450 Park Ave S Fl 11** <br> **New York, NY 10016-7320** | | | | | | | 210,098.38 |
| ACCOUNT NO. <br> **Christopher Murray, Esq.** <br> **494 8th Ave Fl 7** <br> **New York, NY 10001-2519** | | | Assignee or other notification for: <br> **Merchant Cash & Capital** | | | | |
| ACCOUNT NO. <br> **Meshoppen Stone, Inc.** <br> **PO Box 127** <br> **Meshoppen, PA 18630-0127** | | | | | | | 918.34 |
| ACCOUNT NO. <br> **Mid East Truck & Tractor Service** <br> **831 Nassau St W** <br> **East Canton, OH 44730-1156** | | | | | | | 1,375.00 |
| ACCOUNT NO. <br> **Midlantic Machinery, Inc.** <br> **PO Box 8500-41125** <br> **Philadelphia, PA 19178-1125** | | | | | | | 14,100.00 |

Sheet no. **26** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **231,243.59**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**

Debtor(s)                                                                                   (If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Midwest Hose & Speciality Inc**<br>PO Box 96558<br>Oklahoma City, OK  73143-6558 | | | | | | | 9,181.94 |
| ACCOUNT NO.<br>**Midwest Inspection Services**<br>3172 Momentum Pl<br>Chicago, IL  60689-5331 | | | | | | | 1,185.00 |
| ACCOUNT NO.<br>**Millenium Torque & Tensioning Inc.**<br>PO Box 13<br>Eighty Four, PA  15330-0013 | | | | | | | 1,660.00 |
| ACCOUNT NO.<br>**Milton Cat**<br>PO Box 3851<br>Boston, MA  02241-3851 | | | | | | | 959.47 |
| ACCOUNT NO.<br>**Mineral Wells Print Center**<br>306 SE 1st Ave<br>Mineral Wells, TX  76067-5306 | | | | | | | 216.28 |
| ACCOUNT NO.<br>**MLM Project Services, Inc.**<br>26300 La Alameda Ste 260<br>Mission Viejo, CA  92691-8306 | | | | | | | 3,600.00 |
| ACCOUNT NO.<br>**Motor Carrier Compliance & Safety**<br>312 Drinker St<br>Dunmore, PA  18512 | | | | | | | 1,160.00 |

Sheet no. __**27**__ of __**42**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **17,962.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**

Debtor(s)

Case No. **14-30435**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** **Munsch Hardt Kopf & Harr, P.C.** 500 N Akard 3800 Lincoln Plz Dallas, TX  75201 | | | | | | | 10,159.29 |
| ACCOUNT NO. **0049** **Murphy Tractor & Equipment Co** 21310 Network Pl Chicago, IL  60673-1213 | | | | | | | 77,618.31 |
| ACCOUNT NO. **3690** **NES Rentals** PO Box 8500-1226 Philadelphia, PA  19178-1226 | | | | | | | 4,525.60 |
| ACCOUNT NO. **Northern Safety & Industrial** PO Box 4250 Utica, NY  13504-4250 | | | | | | | 791.37 |
| ACCOUNT NO. **386** **Nuverra Environmental Services** PO Box 204422 Dallas, TX  75320-4422 | | | | | | | 12,031.84 |
| ACCOUNT NO. **RMS** 335 Madison Ave Fl 27 New York, NY  10017-4653 | | | **Assignee or other notification for:** **Nuverra Environmental Services** | | | | |
| ACCOUNT NO. **Orange Commercial Credit** PO Box 11099 Olympia, WA  98508-1099 | | | | | | | 825.00 |

Sheet no. **28** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **105,951.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                            Case No. **14-30435**
_____
Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5391** <br> **Paris Uniform Rental and Supply** <br> **PO Box 1043** <br> **Dubois, PA  15801-1043** | | | | | | | 222.85 |
| ACCOUNT NO. **2110** <br> **Peerless Insurance Company** <br> **PO Box 2051** <br> **Keene, NH  03431-7051** | | | | | | | 9,369.17 |
| ACCOUNT NO. <br> **Penelec -239** <br> **PO Box 3687** <br> **Akron, OH  44309-3687** | | | | | | | 284.53 |
| ACCOUNT NO. **5602** <br> **Pennsylvannia American Water** <br> **PO Box 371412** <br> **Pittsburgh, PA  15250-7412** | | | | | | | 116.22 |
| ACCOUNT NO. <br> **Pipeline Supply Company** <br> **203 Egel Ave** <br> **Middlesex, NJ  08846-2507** | | | | | | | 1,473.25 |
| ACCOUNT NO. <br> **Pipeline Testing Consortium Inc.** <br> **PO Box 842566** <br> **Kansas City, MO  64184-2566** | | | | | | | 875.00 |
| ACCOUNT NO. <br> **Portville Truck & Auto** <br> **PO Box 633** <br> **Portville, NY  14770-0633** | | | | | | | 583.50 |

Sheet no. __**29**__ of __**42**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **12,924.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                        Case No. **14-30435**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Postal Pack & Ship**<br>601 S Washington St<br>Stillwater, OK  74074-4539 | | | | | | | 302.02 |
| ACCOUNT NO. **K218**  **Praxair  Distribution, Inc.**<br>PO Box 120812<br>Dallas, TX  75312-0812 | | | | | | | 107.52 |
| ACCOUNT NO.  **84**  **Precision Finishings, Inc.**<br>708 Lawn Ave<br>Sellersville, PA  18960-1548 | | | | | | | 6,312.29 |
| ACCOUNT NO.  **Price Supply Inc.**<br>109 Cason Rd<br>Broussard, LA  70518-3204 | | | | | | | 1,473.40 |
| ACCOUNT NO. **1860**  **PSS Companies**<br>1010 Lamar St Ste 710<br>Houston, TX  77002-6312 | | | | | | | 40,725.00 |
| ACCOUNT NO.  **Public Service Commission of WV**<br>Motor Carrier Section<br>PO Box 812<br>Charleston, WV  25323-0812 | X | | | | | | 120.00 |
| ACCOUNT NO.  **QC Energy Resources, Inc.**<br>62660 Collection Center Dr<br>Chicago, IL  60693-0626 | | | | | | | 30,060.00 |

Sheet no. **30** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $   **79,100.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)

Case No. **14-30435**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Quapaw Company** <br> **PO Box 609** <br> **Stillwater, OK  74076-0609** | | | | | | | **13,545.24** |
| ACCOUNT NO. <br> **R Tex Services** <br> **PO Box 1055** <br> **Joshua, TX  76058-1055** | | | | | | | **34,445.00** |
| ACCOUNT NO. <br> **Fergusen Braswell & Fraser, PC** <br> **2500 Dallas Pkwy Ste 260** <br> **Plano, TX  75093-4871** | | | Assignee or other notification for: <br> R Tex Services | | | | |
| ACCOUNT NO. **2774** <br> **R&R Express, Inc,** <br> **PO Box 912394** <br> **Denver, CO  80291-2394** | X | | | | | | **4,500.00** |
| ACCOUNT NO. <br> **Ragusa's Repair, LLC** <br> **632 Bartnick Rd** <br> **Genoa, NY  13071-9719** | | | | | | | **313.16** |
| ACCOUNT NO. <br> **Ray Pamder Trucking, Inc.** <br> **PO Box 187** <br> **Diamond, OH  44412-0187** | | | | | | | **3,807.26** |
| ACCOUNT NO. <br> **Raymonds Rolloff's** <br> **PO Box 683** <br> **Philipsburg, PA  16866-0683** | | | | | | | **540.50** |

Sheet no. **31** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **57,151.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ajax Integrated, LLC

Debtor(s)

Case No. **14-30435**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6138**<br>**Receivable Management Services Corp**<br>**4836 Brecksville Rd**<br>**Richfield, OH  44286-9177** | | | | | | | **278.21** |
| ACCOUNT NO. **3500**<br>**Regal Oil, Company**<br>**PO Box 950**<br>**San Angelo, TX  76902-0950** | | | | | | | **5,894.50** |
| ACCOUNT NO.<br>**Rig Power, Inc**<br>**PO Box 10983**<br>**Midland, TX  79702-7983** | | | | | | | **77,101.94** |
| ACCOUNT NO.<br>**Cotton Bledsoe Tighe & Dawson, PC**<br>**PO Box 2776**<br>**Midland, TX  79702-2776** | | | Assignee or other notification for:<br>Rig Power, Inc | | | | |
| ACCOUNT NO.<br>**RK Oilfield Services, LLC**<br>**1004 W Hartford Ave**<br>**Ponca City, OK  74601-1104** | | | | | | | **29,698.91** |
| ACCOUNT NO.<br>**RMC Sanitation**<br>**PO Box 288**<br>**Burgettstown, PA  15021-0288** | | | | | | | **8,876.00** |
| ACCOUNT NO.<br>**Rockin T., Inc.**<br>**PO Box 270568**<br>**Houston, TX  77277-0568** | | | | | | | **8,020.00** |

Sheet no. **32** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **129,869.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                    Case No. **14-30435**
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Rogelio Rodriquez<br>PO Box 16960<br>Jonesboro, AR  72403-6716 | | | | | | | 875.00 |
| ACCOUNT NO. | | | | | | | |
| Roseland Publications<br>315 S Broadway Ave Ste 101<br>Tyler, TX  75702-7348 | | | | | | | 767.95 |
| ACCOUNT NO. **9151** | | | | | | | |
| Rush Truck Centers<br>PO Box 2208<br>Decatur, AL  35609-2208 | | | | | | | 3,951.37 |
| ACCOUNT NO. | | | | | | | |
| Sanchez Trucking<br>2701 W Washington Ave<br>Midland, TX  79701-7129 | | | | | | | 3,995.00 |
| ACCOUNT NO. | | | | | | | |
| Shackleton Trucking, Inc.<br>2721 2nd Ave<br>New Auburn, WI  54757-8827 | | | | | | | 1,095.00 |
| ACCOUNT NO. **8856** | | | | | | | |
| Sherwin Williams Co<br>112 W Chestnut St<br>Washington, PA  15301-4423 | | | | | | | 649.88 |
| ACCOUNT NO. | | | | | | | |
| Sierra Springs<br>PO Box 660579<br>Dallas, TX  75266-0579 | | | | | | | 292.72 |

Sheet no. __**33**__ of __**42**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,626.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Ajax Integrated, LLC

_____
Debtor(s) (If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Silk Road Transport Inc PO Box 3720 New York, NY 10008-3720 | | | | | | | 4,432.50 |
| ACCOUNT NO. | | | | | | | |
| Solvay Bank 1537 Milton Ave Solvay, NY 13209-1621 | | | | | | | 53,016.31 |
| ACCOUNT NO. | | | Assignee or other notification for: Solvay Bank | | | | |
| Melvin & Melvin, LLP 217 S Salina St Ste 700 Syracuse, NY 13202-1323 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| Southern Tire Mart PO Box 1000 Memphis, TN 38148-0001 | | | | | | | 247.21 |
| ACCOUNT NO. | | | | | | | |
| Staples Advantage PO Box 415256 Boston, MA 02241-5256 | | | | | | | 1,408.70 |
| ACCOUNT NO. | | | Assignee or other notification for: Staples Advantage | | | | |
| Slater Tenaglia Fritz & Hunt 395 W Passaic St 205 Rochelle Park, NJ 07662-3016 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| Star Fleet PO Box 769 Goshen, IN 46527-0769 | | | | | | | 1,975.00 |

Sheet no. **34** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **61,079.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Ajax Integrated, LLC                                      Case No. **14-30435**
_____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Star Lake Ford, LLC** <br> **1212 Main St** <br> **Burgettstown, PA  15021-1088** | | | | | | | 1,587.54 |
| ACCOUNT NO. <br> **Stillwater Properties** <br> **PO Box 2441** <br> **Stillwater, OK  74076-2441** | | | | | | | 2,500.00 |
| ACCOUNT NO. <br> **Strad Oilfield Services, Inc** <br> **410 17th St Ste 1825** <br> **Denver, CO  80202-4408** | | | | | | | 5,884.20 |
| ACCOUNT NO. <br> **Sunbelt Rentals** <br> **PO Box 409211** <br> **Atlanta, GA  30384-9211** | | | | | | | 318.26 |
| ACCOUNT NO. <br> **Taylor Foam, Inc** <br> **370 N Rockwell Ave** <br> **Oklahoma City, OK  73127-6117** | | | | | | | 1,462.63 |
| ACCOUNT NO. **5662** <br> **The Hartford** <br> **PO Box 660916** <br> **Dallas, TX  75266-0916** | | | | | | | 13,836.62 |
| ACCOUNT NO. <br> **American Recovery Service Inc.** <br> **555 Saint Charles Dr Ste 100** <br> **Thousand Oaks, CA  91360-3983** | | | Assignee or other notification for: <br> **The Hartford** | | | | |

Sheet no. __**35**__ of __**42**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **25,589.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                          Case No. **14-30435**
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Thomas Ford, Inc** <br> **4405 W 6th Ave** <br> **Stillwater, OK  74074-1521** | | | | | | | **760.61** |
| ACCOUNT NO. <br> **Thunder Trucking, LLC** <br> **211 Gerald St** <br> **Ochelata, OK  74051-2304** | | | | | | | **34,470.38** |
| ACCOUNT NO. **1001** <br> **Time Warner Cable** <br> **PO Box 70872** <br> **Charlotte, NC  28272-0872** | | | | | | | **827.89** |
| ACCOUNT NO. <br> **Time Warner Cable 5310** <br> **PO Box 60074** <br> **City of Industry, CA  91716-0074** | | | | | | | **2,607.26** |
| ACCOUNT NO. <br> **Tony's Oilfield Service, Inc** <br> **PO Box 335** <br> **Yale, OK  74085-0335** | | | | | | | **22,672.50** |
| ACCOUNT NO. <br> **Towaway Express, Inc.** <br> **PO Box 444** <br> **New Kingstown, PA  17072-0444** | | | | | | | **5,150.00** |
| ACCOUNT NO. <br> **Tracey Road Equipment** <br> **6803 Manlius Center Rd** <br> **East Syracuse, NY  13057-3912** | | | | | | | **1,800.00** |

Sheet no. __**36**__ of __**42**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **68,288.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)        (If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Tractor Supply Co** <br> **PO Box 6899020** <br> **S Des Moines, IA 50368-9020** | | | | | | | **3,320.26** |
| ACCOUNT NO. <br> **Trailer Convoys, Inc.** <br> **PO Box 14** <br> **Jeffersonville, IN 47131-0014** | | | | | | | **1,075.00** |
| ACCOUNT NO. <br> **Transtar Logistics** <br> **11166 Old Baxter Rd** <br> **Silver Point, TN 38582-6101** | | | | | | | **1,095.00** |
| ACCOUNT NO. <br> **Tri-State Trucking Company** <br> **16064 Route 6** <br> **Mansfield, PA 16933-9199** | | | | | | | **67,350.00** |
| ACCOUNT NO. **4365** <br> **Triple Crown Products** <br> **814 Ela Ave** <br> **Waterford, WI 53185-4237** | | | | | | | **6,711.06** |
| ACCOUNT NO. <br> **Triple Transport** <br> **PO Box 546** <br> **Judsonia, AR 72081-0546** | | | | | | | **1,975.00** |
| ACCOUNT NO. <br> **Ultimate Energy Services, LLC** <br> **800 Old Highway 271** <br> **Fort Smith, AR 72916-8016** | | | | | | | **9,070.20** |

Sheet no. **37** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **90,596.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                                          Case No. **14-30435**
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4689** <br> **United Rentals** <br> PO Box 100711 <br> Atlanta, GA 30384-0711 | | | | | | | 32,794.96 |
| ACCOUNT NO. <br> **Forchelli & Forchelli** <br> 3202 30th Ave <br> Astoria, NY 11102-1528 | | | Assignee or other notification for: <br> United Rentals | | | | |
| ACCOUNT NO. <br> **United Rentals North America Inc.** <br> PO Box 840514 <br> Dallas, TX 75284-0514 | X | | | | | | 92,771.72 |
| ACCOUNT NO. **0698** <br> **UTI Transport Solutions** <br> PO Box 1147 <br> Medford, OR 97501-0085 | | | | | | | 26,500.00 |
| ACCOUNT NO. <br> **Valley Tire Co., Inc.** <br> 6302 E Molloy Rd <br> East Syracuse, NY 13057-1024 | | | | | | | 2,464.63 |
| ACCOUNT NO. <br> **Valley Tire Co., Inc.** <br> 1002 Arentzen Blvd <br> Charleroi, PA 15022-1003 | | | | | | | 6,674.85 |
| ACCOUNT NO. <br> **Veriforce** <br> 1776 Woodstead Ct Ste 200 <br> Spring, TX 77380-1480 | | | | | | | 330.00 |

Sheet no. **38** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **161,536.16**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)
(If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8423** <br> **Verizon** <br> PO Box 15124 <br> Albany, NY  12212-5124 | | | | | | | 287.15 |
| ACCOUNT NO. <br> **McCarthy Burgess & Wolff** <br> 26000 Cannon Rd <br> Cleveland, OH  44146-1807 | | | Assignee or other notification for: <br> Verizon | | | | |
| ACCOUNT NO. **507y** <br> **Verizon - 455** <br> PO Box 15124 <br> Albany, NY  12212-5124 | | | | | | | 3,380.47 |
| ACCOUNT NO. **0001** <br> **Verizon Wireless** <br> PO Box 408 <br> Newark, NJ  07101-0408 | | | | | | | 84.31 |
| ACCOUNT NO. **2240** <br> **Viking Forest Products, LLC** <br> PO Box 847245 <br> Dallas, TX  75284-7245 | | | | | | | 50,160.00 |
| ACCOUNT NO. <br> **Volvo Rentals** <br> PO Box 936078 <br> Atlanta, GA  31193-6078 | | | | | | | 16,056.64 |
| ACCOUNT NO. <br> **Volvo Rentals** <br> 108 Starpointe Blvd <br> Burgettstown, PA  15021-9504 | | | | | | | 6,310.72 |

Sheet no. **39** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **76,279.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)
(If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Wallace Transportation** **9185 Paysphere Cir** **Chicago, IL  60674-0091** | | | | | | | **6,000.00** |
| ACCOUNT NO. | | | | | | | |
| **Warren CAT** **PO Box 842116** **Dallas, TX  75284-2116** | | | | | | | **13,223.34** |
| ACCOUNT NO. | | | | | | | |
| **Warren Power & Machinery** **10325 W County Road 117** **Midland, TX  79706** | | | | | | | **94,498.08** |
| ACCOUNT NO. | | | Assignee or other notification for: Warren Power & Machinery | | | | |
| **Wilken McMurray, PLLC** **1515 S Utica Ave Ste 200** **Tulsa, OK  74104-4933** | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| **Waste Management** **PO Box 13648** **Philadelphia, PA  19101-3648** | | | | | | | **1,633.75** |
| ACCOUNT NO. | | | | | | | |
| **Wellsman Recycling  LLC** **PO Box 420** **Owego, NY  13827-0420** | | | | | | | **827.00** |
| ACCOUNT NO. | | | | | | | |
| **West Central Wireless** **PO Box 3866** **San Angelo, TX  76902-3866** | | | | | | | **383.00** |

Sheet no. **40** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **116,565.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**
_____
Debtor(s)                            (If known)

Case No. **14-30435**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **West Penn Power** <br> **76 S Main St** <br> **Akron, OH 44308-1812** | | | | | | | 264.00 |
| ACCOUNT NO. <br> **West Penn Tanks, LLC** <br> **4257 Gibsonia Rd** <br> **Gibsonia, PA 15044-9337** | | | | | | | 21,739.11 |
| ACCOUNT NO. <br> **West Texas Steel & Supply** <br> **6617 S US Highway 277** <br> **San Angelo, TX 76904-4199** | | | | | | | 566.00 |
| ACCOUNT NO. <br> **West Wind Trucking & Transport** <br> **4705 University Rd** <br> **Gillette, WY 82718-8255** | | | | | | | 3,000.00 |
| ACCOUNT NO. **0751** <br> **Williams Scotsman, Inc.** <br> **PO Box 91975** <br> **Chicago, IL 60693-1975** | | | | | | | 1,734.43 |
| ACCOUNT NO. **8900** <br> **Wilson Inc.** <br> **PO Box 200822** <br> **Dallas, TX 75320-0822** | | | | | | | 22,525.30 |
| ACCOUNT NO. <br> **Woodward, Inc.** <br> **PO Box 812** <br> **Mars, PA 16046-0812** | | | | | | | 25,382.00 |

Sheet no. __41__ of __42__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **75,210.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                                    Case No. **14-30435**
_____                              _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1678** <br><br>**Xylem Dewatering Solutions, Inc.** <br>**Godwin Pumps of America** <br>**PO Box 935152** <br>**Atlanta, GA  31193-5152** | | | | | | | **93,416.26** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **42** of **42** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **93,416.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **7,137,343.47**

B6G (Official Form 6G) (12/07)

**IN RE** Ajax Integrated, LLC _____  Case No. **14-30435**
                        Debtor(s)                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Fred W. Hoskins**<br>**414 Thompson Ln**<br>**Austin, TX  78742-2424** | **Building rental**<br>**Lease is rejected** |
| **John Deere Financial**<br>**6400 NW 86th St**<br>**Johnston, IA  50131-2945** | **Equipment Lease owes  $52,802.88 and payments are $1,100.06 per month.**<br>**2012 John Deere Tracked Skidsteer JD329DT with bucket 1T0329DMPCD223450** |
| **All Points Capital**<br>**225 Broadhollow Rd Ste 132W**<br>**Melville, NY  11747-4809** | **Equipment Lease Owes $100,486.00 and pays $3237.00 a month.**<br>**2008 Peterbilt 388 Tri/A Tractor - Heavy Haul 1XPWD4EXX8N756427** |
| **Signature Financial, LLC**<br>**225 Broadhollow Rd Ste 132W**<br>**Melville, NY  11747-4809** | **Equipment Lease Owes $22,221,00 and pays $823.00 a month** |
| **Signature Financial**<br>**225 Broadhollow Rd Ste 132W**<br>**Melville, NY  11747-4809** | **Equipment Lease, Owes $175,857.00 and pays 3,877.00 a month.** |
| **JP Welding & Fabrication, LLC**<br>**22851 County Road 230**<br>**Morrison, OK  73061-9575** | **lease of real property for storage of heavy equipment.**<br>**Located at 22801 Independence Road, Morrison, OK 73061**<br>**in default through June 1, 2014 $13,750.00**<br>**may have been sale of equipment as set of.** |
| **Challenger Services**<br>**6380 E 31st St Ste A**<br>**Tulsa, OK  74135-5456** | **Lease is rejected** |
| **Houston, Osborn, Sexton & Thomas**<br>**PO Box 1118**<br>**Stillwater, OK  74076-1118** | |
| **Michael Taylor**<br>**c/o JP Welding**<br>**22851 County Road 230**<br>**Morrison, OK  73061-9575** | |
| **Bachelor Holdings, LLC**<br>**PO Box 262**<br>**Homer, NY  13077-0262** | **lease of real property located at 808 Straw Road, San Angelo Texas, 76905** |

B6H (Official Form 6H) (12/07)

IN RE __Ajax Integrated, LLC__                                    Case No. __14-30435__
                    Debtor(s)                                              (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ajax Energy Services**<br>**41 James St**<br>**Homer, NY 13077-1312** | **Turner Transport, LLC**<br>**106 Lichen Ct # B**<br>**Myrtle Beach, SC 29588-8737** |
| **Ajax Pipeline,**<br>**41 James St**<br>**Homer, NY 13077-1312** | **Border Patrol, LLC**<br>**86180 Water Works Rd**<br>**Hopedale, OH 43976-9773** |
| **Andrew & Ruth Carlisle**<br>**148 Linnwood Dr**<br>**Washington, PA 15301-9349** | **National Pump & Compressor**<br>**PO Box 301758**<br>**Dallas, TX 75303-1758** |
| **DARLO Corporation**<br>**24 Highland Ave**<br>**Burgettstown, PA 15021-1124** | **United Rentals North America Inc.**<br>**PO Box 840514**<br>**Dallas, TX 75284-0514** |
| **George Goodwin, Jr.**<br>**2158 Henderson Ave**<br>**Washington, PA 15301-8640** | **National Pump & Compressor**<br>**PO Box 301758**<br>**Dallas, TX 75303-1758** |
| **James & Leona Campbell**<br>**256 Sygan Rd**<br>**Mc Donald, PA 15057-2637** | **National Pump & Compressor**<br>**PO Box 301758**<br>**Dallas, TX 75303-1758** |
| **Jay Deline**<br>**4505 State Route 281**<br>**Cortland, NY 13045-8859** | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 21226**<br>**Philadelphia, PA 19114-0726** |
| | **State of Oklahoma**<br>**Oklahoma Employment Security Commission**<br>**PO Box 52004**<br>**Oklahoma City, OK 73152-2004** |
| | **State of North Carolina**<br>**Department Of Revenuer**<br>**PO Box 25000**<br>**Raleigh, NC 27640-0100** |
| | **State of Texas**<br>**Texas Workforce Commission**<br>**PO Box 149037**<br>**Austin, TX 78714-9037** |
| | **State of Colorado**<br>**CO Dept. of Labor & Employment**<br>**PO Box 8789**<br>**Denver, CO 80201-8789** |
| | **Public Service Commission of WV**<br>**Motor Carrier Section**<br>**PO Box 812**<br>**Charleston, WV 25323-0812** |

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Ajax Integrated, LLC**                                          Case No. **14-30435**
_____
Debtor(s)                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **New York State Unemployment Ins.**<br>PO Box 4301<br>Binghamton, NY  13902-4301 |
| | **New York Workers Compensation**<br>335 Madison Ave Fl 27<br>New York, NY  10017-4653 |
| | **Department of the Treasury**<br>1 Internal Revenue Service<br>Cincinnati, OH  45999-0039 |
| **Jeffrey D. Breese**<br>164 Timber Lake Rd<br>Claysville, PA  15323-1323 | **National Pump & Compressor**<br>PO Box 301758<br>Dallas, TX  75303-1758 |
| **Mike Wieder**<br>41 James St<br>Homer, NY  13077-1312 | **Turner Transport, LLC**<br>106 Lichen Ct # B<br>Myrtle Beach, SC  29588-8737 |
| **Mountain Gathering, LLC**<br>810 Houston St<br>Fort Worth, TX  76102-6203 | **National Pump & Compressor**<br>PO Box 301758<br>Dallas, TX  75303-1758 |
| **Range Resources Applachia, LLC**<br>3000 Town Center Blvd<br>Canonsburg, PA  15317-5839 | **National Pump & Compressor**<br>PO Box 301758<br>Dallas, TX  75303-1758 |
| **Select Energy Services**<br>101 Hillpointe Dr Ste 111<br>Canonsburg, PA  15317-9534 | **R&R Express, Inc,**<br>PO Box 912394<br>Denver, CO  80291-2394 |
| **XTO Energy Inc.**<br>810 Houston St<br>Fort Worth, TX  76102-6203 | **National Pump & Compressor**<br>PO Box 301758<br>Dallas, TX  75303-1758 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Ajax Integrated, LLC**                                                    Case No. **14-30435**
_____
Debtor(s)                                                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                                                    Debtor

Date: _____     Signature: _____
                                                                                                           (Joint Debtor, if any)
                                                                      [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the **Ajax Integrated, LLC** _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**61**_____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **June 26, 2014** _____     Signature: */s/ Jay J. DeLine* _____

                                                           **Jay J. DeLine** _____
                                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

**United States Bankruptcy Court**
**Northern District of New York, Syracuse Division**

IN RE:                                                         Case No. **14-30435**

**Ajax Integrated, LLC**                                       Chapter **11**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐      including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 1,552,596.00 | 2012 Oklahoma Gross Revenue |
| 325,825.00 | 2012 Ohio Gross Revenue |
| 42,296,931.00 | 2012 Federal Gross Receipts |
| 1,517,418.00 | 2012 Colorado Gross Revenue |
| 6,231,977.00 | 2012 Pennsylvannia Gross Revenue |
| 1,517,418.00 | 2012 West Virginia Gross Revenue |
| 10,435,482.00 | 2011 Gross Federal Receipts |
| 64,709,338.00 | 2013 Texas Gross Revenue |

---

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑      **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑  debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately
☐  preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married
debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Diversified Lending** | **October 3013** | **3,137,655.00** | **0.00** |
| **Daimler Truck Financial** | **Jan, 2014** | **45,599.10** | **0.00** |
| **Mercedes-Benz Financial Services** | | | |
| **PO Box 5260** | | | |
| **Carol Stream, IL  60197-5260** | | | |

None  *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors
☑  who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this
☐  bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lezzer Energy Services, Inc. v. Ajax Integrated Group, Inc. 2013-1655-CD** | **civil suit** | **Court of Common Pleas of Clearfield County, Pennsylvannia** | **possible judgement** |
| **Kinnunen Sales & rental Inc. V Ajax Integrated LLC** | **civil suit** | **District Court of Payne County Oklahoma SC-2013-771** | **judgment** |
| **Border Patrol, LLC v Ajax Integrated LLC** | **civil proceeding** | **Court of Common Please of Washngton County, PA** | **judgment granted** |
| **Turner Transport, LLC v. Ajax Integrated cc-027067-13/CD** | **Civil Suit** | **Cortland City Court** | **Judgment taken** |
| **Apple Tractor LLC v. Ajax Integrated CC-027065** | **Civil Suit** | **Cortland City Court, NY** | **judgment taken** |
| **Kirby-Smith Machinery, Inc v. Ajax Integratted LLC et al CJ-2013-6085** | **civil suit** | **District Court of Oklahoma** | **pending** |
| **Mueller v. Ajax Integrated, LLC Cause No 15238** | **civil suit** | **119th District Court Runnels County TX** | **judgment taken** |
| **Laurel Aggregates of Deleware, LLC v. Ajax Integrated LLC GD 13-017136** | **Civil Suit** | **Court of Common Pleas Allegheny County, PA** | **unknown** |
| **Horizon Supply Company v. Ajax Integrated, LLC NO.: 11266 OF 2013 C,A,** | **Civil Suit** | **Court of Common Pleas Lawrence County PA** | **judgment taken** |
| **Waynes Body Shop v. Ajax** | **civil suit** | **Commonwealth of** | |

| | | | |
|---|---|---|---|
| Integrated Services MJ-27307-CV-0000002-2014 | | Pennsylvannia County of Washington | |
| Site Safe Solutions, LLC v. Ajax Integrated, LLC CV14-00003 | Civil suit | Cooke County, Gainsville Texas 76240 | Default Judgment |
| Fuel Source v. Ajax Integrated, LLC CV14-039 | civil suit | 51st District Court, Irion County, Texas | Default judgment taken |
| All-Ways Trucking, Inc v. Ajex Integrated, LLC 13CV07630 | civil suit | Circuit Court of the State of Oregon For Jackson County | unknown |
| United Rentals, Inc. v, Ajax Integrated, LLC 917/2014 | civil suit | Supreme Court of New York , County of Queens | unknown |
| Burbank Materials, LLP v. Ajax Integrated, LLC CJ 2013-264 | civil suit | District Court for Osage County, Oklahoma | unknown |
| C&C Concrete LLC d/b/a Donaldson Supply Company v. Ajax Integrated LLC 2013-7657 | civil suit | the Court of Common Pleas Washington County, PA | judgment taken |
| R&R Express, Inc. v. Integrated Services, MJ-05223 | civil suit | Commonwealth of PA County of Alleghany | unknown |
| Solvay Bank v. Ajax Integrated LLC 2014-253 | civil suit | State Supreme Court County of Onondaga | unknown |
| Light Tower Rentals v, Ajax Integrated D-0137153 | civil suite | 358 Distrct Court Ector County Texas | unknown |
| Knickerbocker Russell Co., Inc. v Ajax Integrated LLC GD 13-024796 | civil suit | Court of Common Pleas Alleghany County PA | unknown |
| Bridgewell Resources, LLC v. Ajax Integrated LLC C140684CV | civil suit | Circuit Court of the State of Oregon County of Washington | unknown |
| Merchant Cash & Capital Index 650464/2014 | civil suit | Supreme Court State of New York, County of new York | unknown |
| H&E Equipment Services, Inc. v Ajax Integrated, LLC CJ 2013-61 | civil suit | District Court of Noble County State of Oklahoma | unknown |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding
☐     the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either
      or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| JP Welding & Fabrication, LLC 22851 County Road 230 Morrison, OK 73061-9575 | June 11, 2014 | 1967 CAT 561B Crawler Pipelayer, S/N 62A00371; 1978 CAT D6D (562C) Crawler Pipelayer, S/N #4X2930; CAT D6D Tack Rig, S/N #03X01119 |
| New York State Dept of Labor Unemployment Insurance Division State B12 RM 256 Ofc Albany, NY  12240-0356 | 6-18-14 | unknown |

## 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑     the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
      include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **A.C. Strip** **Strip, Hoppers, Leithart, McGrath & Terl** **575 S 3rd St** **Columbus, OH  43215-5755** | **Jay DeLine v. Ajax** **Integrated 14CUH020059** **Court of Common Please,** **Delaware, Co. Ohio** | **2/17/2014** | **unknown** |

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☑ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **numerous** | **varied** | **specific schedule to be filed** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Niagara Bank** **PO Box 1237** **South Windsor, CT  06074-7237** | **checking** | **closed 6-12-14** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Ajax Integrated, LLC** | | **41 James St Homer, NY  13077-1312** | **Oil rigging and pipeline company doing business in multiple States including NY, PA, WV, OH, OK, TX, CO, & ID** | |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Michael Wieder 2909 Jeffrey Ln Cortland, NY  13045-8953** | **Last 5 years** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **McDonald Cointo Crouse, LLP 1000 Pittsford Victor Rd Pittsford, NY  14534-3822** | **June , 2013** |

**Prepared audited financial statements for 2011 and 2012.**

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Jay Deline 41 James St Homer, NY  13077-1312**

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|
| **Solvay Bank 1537 Milton Ave Solvay, NY  13209-1621** | |
| **Diversified Lenders, Inc. 5607 S Avenue Q Lubbock, TX  79412** | |

**Nations Equipment Finance**
**101 Merritt 7 Ste 5**
**Norwalk, CT  06851-1061**

**Caterpillar Financial Services Corporati**
**PO Box 340001**
**Nashville, TN  37203-0001**

**John Deere Financial**
**PO Box 6600**
**Johnston, IA  50131-6600**

**Merchants Cash & Capital**
**460 Park Ave S**
**New York, NY  10016-7315**

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **June 5, 2014** | **Jay DeLine** | **$30,500.00 - market price.** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| | **Jay Deline** |
| | **41 James St** |
| | **Homer, NY  13077-1312** |

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Jay Deline** | **Manager LLC** | **100%** |
| **41 James St** | | |
| **Homer, NY  13077-1312** | | |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **June 26, 2014**                    Signature: ***/s/ Jay J. DeLine***

                                      **Jay J. DeLine, Manager**
                                                                          Print Name and Title

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                      **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

**United States Bankruptcy Court**

**Northern District of New York, Syracuse Division**

**IN RE:**                                                                    Case No. <u>14-30435</u>

<u>Ajax Integrated, LLC</u>                                                      Chapter <u>11</u>

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>   **225.00/hr**</u>

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>                    </u>

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>                    </u>

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>        **June 26, 2014**        </u>          <u>    */s/ Stewart Weisman*                    </u>
Date                                  Stewart Weisman 102806
                                      Weisman Law Office
                                      8060 Shadowrock Rd
                                      Manlius, NY  13104-9727
                                      (315) 682-0652  Fax: (315) 682-0734
                                      sweisman@twcny.rr.com

**United States Bankruptcy Court**
**Northern District of New York, Syracuse Division**

**IN RE:**                                                     Case No. **14-30435**

**Ajax Integrated, LLC**                                       Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Jay J. Deline**<br>**4505 State Route 281**<br>**Cortland, NY  13045-8859** | **100** | |

**United States Bankruptcy Court**
**Northern District of New York, Syracuse Division**

**IN RE:**                                              Case No. **14-30435**

**Ajax Integrated, LLC**                               Chapter **11**
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **June 26, 2014**            Signature: */s/ Jay J. DeLine*
                                   **Jay J. DeLine, Manager**
                                                                    Debtor


Date: _____            Signature: _____
                                                                    Joint Debtor, if any

2-C Equipment LLC
PO Box 276
Jarrell, TX  76537-0276


A&A Construction Co. Inc.
1262 Ridge Rd
Clarence, PA  16829-7801


ABC/Amega Inc
1100 Main St
Buffalo, NY  14209-2308


Abele Tractor & Equipment Co., Inc.
72 Everett Rd
Albany, NY  12205-1418


Accounts Receivable
5517 Hansel Ave
Orlando, FL  32809-3404


Acuren Inspection Inc.
705 Albany St
Dayton, OH  45417-3460


Adler Tank Rentals
PO Box 45081
San Francisco, CA  94145-0081

AFLAC
22 Corporate Woods Blvd
Albany, NY  12211-2374


Ahern Rentals
PO Box 271390
Las Vegas, NV  89127-1390


AIG
222427 Network Pl
Chicago, IL  60673


Air Compressor Solutions
3001 Kermit Hwy
Odessa, TX  79764-7306


Airgas East
PO Box 802576
Chicago, IL  60680-2576


Airgas USA, LLC
PO Box 676015
Dallas, TX  75267-6015


Ajax Energy Services
41 James St
Homer, NY  13077-1312

Ajax Pipeline,
41 James St
Homer, NY  13077-1312


Ajax Rental Corporation
41 James St
Homer, NY  13077-1312


Ajax Wireline Corporation
41 James St
Homer, NY  13077-1312


All American Pressure Wash
PO Box 546
Grand View, ID  83624-0546


All Points Capital
225 Broadhollow Rd Ste 132W
Melville, NY  11747-4809


All Ways Trucking
3639 Aviation Way
Medford, OR  97504-9758


Allegheny Crane Rental Inc.
4200 Steubenville Pike
Pittsburgh, PA  15205-9645

Allied Waste Services
PO Box 78829
Phoenix, AZ  85062-8829


Allison Crane & Rigging
2817 Lycoming Creek Rd
Williamsport, PA  17701-1026


ALLOY-OXYGEN and Welding Supply
60 S 24th St
Pittsburgh, PA  15203-2122


Alvarez Enterprises LLC
RR 11 Box 57
Colliers, WV  26035-9704


American Recovery Service Inc.
555 Saint Charles Dr Ste 100
Thousand Oaks, CA  91360-3983


Amigo Energy
PO Box 301410
Dallas, TX  75303-1410


Apple Tractor, LLC
8317 Route 219
Brockway, PA  15824-5947

Arnis Sprancmanis
PO Box 5119
Syracuse, NY  13220-5119


Asayo Creative, Inc.
939 Canyon Rd
Morgantown, WV  26508-0953


Associated Supply Company, Inc.
PO Box 3888
Lubbock, TX  79452-3888


AT&T
PO Box 105414
Atlanta, GA  30348-5414


Atlas Copco Contruction Mining Technique
PO Box 200948
Pittsburgh, PA  15251-0948


Auto Definitions
715 S Murphy St
Stillwater, OK  74074-1515


Auto Zone
PO Box 116067
Atlanta, GA  30368-6067

Aveda
PO Box 1177
Mineral Wells, TX  76068-1177


B&C Business Products, Inc
113 W 9th Ave
Stillwater, OK  74074-4606


B&W Towing
701 Addison Rd
Painted Post, NY  14870-8538


B&W Truck-Trailer Machine Shop
PO Box 5277
San Angelo, TX  76902-5277


Babst Calland
Ashley Passero, Esq.
2 Gateway Ctr
Pittsburgh, PA  15222


Bachelor Holdings, LLC
PO Box 262
Homer, NY  13077-0262


Bass Fishing & Rentals, LLC
PO Box 731806
Dallas, TX  75373-1806

Becker Rodman & Associates
1468 E Lebanon Rd
Dover, DE   19901-5833


Bell Supply Company
PO Box 842263
Dallas, TX   75284-2263


Belles Springs Structures LLC
74 Airstrip Dr
Mill Hall, PA   17751-9398


Bergrad Inc.
747 Eljer Way
Ford City, PA   16226-1145


Best Well Services
5727 S Lewis Ave
Tulsa, OK   74105-7119


Big Spring Welding Supply
PO Box 1472
Big Spring, TX   79721-1472


Blue River Integration, LLC
164 Adelaide Rd
Connellsville, PA   15425-6212

Border Patrol, LLC
86180 Water Works Rd
Hopedale, OH  43976-9773


Bousquet Holstein, PLLC
110 W Fayette St Ste 900
Syracuse, NY  13202-1188


Bridgewell Resources, LLC
PO Box 912368
Denver, CO  80291-2368


Burbank Materials
PO Box 105
Burbank, OK  74633-0105


Burgettstown Auto Parts, Inc.
1921 Main St
Burgettstown, PA  15021-1181


Burgettstown Smith Township Joint Sewara
PO Box 389
Burgettstown, PA  15021-0389


Burk Oil Co., Inc.
PO Box 772
Weatherford, OK  73096-0772

C&C Concrete LLC
40 Murdock St
Canonsburg, PA  15317-1310


Cardinal Industries, Inc.
PO Box 1430
Grundy, VA  24614-1430


Cardinal Tire & Auto Center
150 Center Ave
Burgettstown, PA  15021-1204


Carlislie Recuperation
148 Linnwood Dr
Washington, PA  15301-9349


Cascade Tanks, LLC
PO Box 912604
Denver, CO  80291-2604


Cassidy Signs Inc.
7 Cassidy Dr
Burgettstown, PA  15021-2815


CAT Commercial Accounts
PO Box 905229
Charlotte, NC  28290-5229

CAT Financial
PO Box 905229
Charlotte, NC  28290-5229

Cayuga Press of Cortland
215 S Main St
Cortland, NY  13045-3266

CB Ag Holdings, Inc.
16055 Space Center Blvd
Houston, TX  77062-6251

Central Penn Gas
PO Box 15426
Wilmington, DE  19886-5426

CGI International, Inc.
1215 Henderson Ave
Washington, PA  15301-6056

Chad Stanton
2007 Buttermore Blvd
Connellsville, PA  15425-1720

Challenger Services
6380 E 31st St Ste A
Tulsa, OK  74135-5456

Chem-Can Services, Inc.
PO Box 1346
Enid, OK  73702-1346


Choice Auto Glass
1991 Oak Hill Rd
Alpine, NY  14805-9761


Christopher Murray, Esq.
494 8th Ave Fl 7
New York, NY  10001-2519


Christopher Parnell
851 SW 6th Ave Ste 1500
Portland, OR  97204-1352


Cintas Corporation
9755 Clifford Dr Ste 190
Dallas, TX  75220-5336


Clack & Clayton, LLP
PO Box 482
Ballinger, TX  76821-0482


Classic Trucking, LLC
3214 Ranchland Dr
Midland, TX  79705-5716

Clean Harbors Env. Services
PO Box 3442
Boston, MA  02241-3442


Cleveland Brothers CAT
PO Box 417094
Boston, MA  02241-7094


Cleveland Brothers Equipment Co. Inc.
PO Box 417094
Boston, MA  02241-7094


CNA Surety
101 S Reid St Ste 300
Sioux Falls, SD  57103-7045


Cohen Grigsby
625 Liberty Ave
Pittsburgh, PA  15222-3110


Commonwealth of Pennsylvannia
Department of Transportation
PO Box 8212
Harrisburg, PA  17105-8212


Cooper Supply, Inc
215 Santa Anna Ave
Coleman, TX  76834-7411

Core Laboratories LP (Owens Oil Tools)
c/o Performance Source II, LTD
PO Box 300763
Chicago, IL  60630-0763


Cotton Bledsoe Tighe & Dawson, PC
PO Box 2776
Midland, TX  79702-2776


Cowboy Tire, LLC
5505 N Clay Rd
Glencoe, OK  74032-1558


CREC 2677304
PO Box 1809
Stillwater, OK  74076-1809


Crescent Services, LLC
5749 NW 132nd St
Oklahoma City, OK  73142-4437


Crile Conslidated Ind. Inc.
1086 Jolly School Rd
Washington, PA  15301-8589


Cristle Transportation
13100 Vassar Dr
Frisco, TX  75035-2340

CS&T LLC
PO Box 1431
Cushing, OK  74023-1431


Curry Supply Co.
4183 Cove Mountain Rd
Roaring Spring, PA  16673-8214


Damage Recovery Unit
PO Box 842442
Dallas, TX  75284-2442


Damian Amato & Start, P.C.
601 Broad St
Sewickley, PA  15143-1709


DARLO Corporation
24 Highland Ave
Burgettstown, PA  15021-1124


Davidson Document Solutions, Inc.
2600 Longhorn Blvd # 102
Austin, TX  78758-7672


DeLine Drilling Corp.
41 James St
Homer, NY  13077-1312

Denker & Butler, PLLC
4700 NW 23rd St Ste 112
Oklahoma City, OK  73127-2037


Department of the Treasury
1 Internal Revenue Service
Cincinnati, OH  45999-0039


Dermody Burke & Brown, CPA's & LLC
443 N Franklin St
Syracuse, NY  13204-5422


Direct Discount Tire
601 S Main St
Stillwater, OK  74074-4060


Diversified Lending
5607 S Ave Q Dr
Lubbick, TX  74912


DMI International Inc.
15715 E Pine St
Tulsa, OK  74116-2465


Don's Directory, Inc.
551 Highway 92
Crawford, CO  81415-8801

Donaldson Supply Company
40 Murdock St
Canonsburg, PA   15317-1310


Doyle Harris David & Haughey
1350 S Boulder Ave Ste 700
Tulsa, OK   74119-3208


Drug & Alcohol Testing Industry Assoc
1325 G St NW Ste 500
Washington, DC   20005-3136


Dunagin Transport
PO Box 208
Merkel, TX   79536-0208


Earl-Le Dozer Service, LLC
PO Box 351
Drumright, OK   74030-0351


Ed R. Crockett, Esq.
6380 E 31st St Ste A
Tulsa, OK   74135-5456


Empress Car & Truck Rental
555 West Rd
Warminster, PA   18974

Energy Services
PO Box 4541
Grand Junction, CO  81502-4541


Enid Mack Sales, Inc
PO Box 5009
Enid, OK  73702-5009


Enterprise Rent-A-Car
7451 Paxton St
Harrisburg, PA  17111-5424


Equipment Transport, LLC
1 Tyler Ct
Carlisle, PA  17015-7913


Excellus Blue Cross & Blue Shield
PO Box 5266
Binghamton, NY  13902-5266


Express Car & Truck Rental
555 W Street Rd
Warminster, PA  18974-3212


Faithful Farms
127 Poundstone Rd
Uniontown, PA  15401-6807

Felker Sander & Associates
4045 NW 64th St Ste 510
Oklahoma City, OK   73116-2607


Fergusen Braswell & Fraser, PC
2500 Dallas Pkwy Ste 260
Plano, TX   75093-4871


First Financial Asset MGMT Inc
PO Box 56245
Atlanta, GA   30343-0245


First Oilfield Supply LLC
PO Box 1469
McAlester, OK   74502-1469


Fisher Auto Parts, Inc.
216 N 3rd St
Clearfield, PA   16830-2525


Five Star Carriers, Inc.
PO Box 682348
Franklin, TN   37068-2348


Fleet Pride Truck & Trailer Parts
PO Box 847118
Dallas, TX   75284-7118

Forchelli & Forchelli
3202 30th Ave
Astoria, NY  11102-1528


Fred Hoskins
414 Thompson Ln
Austin, TX  78742-2424


Fred W. Hoskins
414 Thompson Ln
Austin, TX  78742-2424


Frey Heavy Duty
41 E Tupper St
Buffalo, NY  14203-1303


Fuel Source, LLC
PO Box 62685
San Angelo, TX  76906-2685


GE Capital
Bankruptcy Department
PO Box 103104
Atlanta, GA  30326


Gene Fleming Trucking Co., Inc.
33 Baker Rd
Millerton, PA  16936-9471

Geoforce, Inc.
PO Box 3432
Coppell, TX  75019-9432


Glass Bagging Enterprises, Inc.
1212 Mill Rd
Duncansville, PA  16635-7015


Global Tracking Communications
27244 Via Industria
Temecula, CA  92590-3751


Good Tire Service
13616 State Route 422
Kittanning, PA  16201-3548


Grady Rentals
2745 S Highway 171
Cleburne, TX  76031-0756


Grainger
1 Main St
Palatine, IL  60038-0001


Great-West Retirement Services
PO Box 173764
Denver, CO  80217-3764

Growmark FS, LLC
1016 Route 519
Eighty Four, PA  15330-2812


Gurnsey Tank Maintenance
1 Main St
Corning, NY  14830-3515


H&E Equipment Services, Inc.
PO Box 849850
Dallas, TX  75284-9850


H2X
2804 S FM 51 Ste B
Decatur, TX  76234-4089


Hands Free Company
140 Enchanted Pkwy
Ballwin, MO  63021-5491


Hanes Supply Company
55 James E Casey Dr
Buffalo, NY  14206-2361


Hard Dollar
9977 N 90th St
Scottsdale, AZ  85258-4423

Hard Rock Drilling
PO Box 33371
San Antonio, TX  78265-3371


Harger Utility Contractors, Inc.
108 W Clinton St
Lock Haven, PA  17745-2536


Harris Beach, PLLC
1 Park Rd # 300
Syracuse, NY  13212-3541


Hatch Mott McDonald
1010 Oliver Rd Apt A
Monroe, LA  71201-5738


Hertz Equipment Rental
PO Box 650280
Dallas, TX  75265-0280


Higginbotham Bros True Value
PO Box 392
Comanche, TX  76442-0392


HighMount
16945 Northchase Dr Ste 1750
Houston, TX  77060-2151

Highway Equipment & Supply Co
PO Box 1957
Harrisburg, PA  17105-1957


Holt CAT
PO Box 911975
Dallas, TX  75391-1975


Horizon Supply Company
191 Cambridge Way
New Castle, PA  16101-6377


Houston, Osborn, Sexton & Thomas
PO Box 1118
Stillwater, OK  74076-1118


HRT Transport Inc.
PO Box G
Poteau, OK  74953-1507


Incorp Services, Inc.
2360 Corporate Cir Ste 400
Henderson, NV  89074-7739


Industrial Hose and Oilfield Supply, Inc
2200 Avenue R
Snyder, TX  79549-1918

Industrial Matting, LLC
7327 SW Barnes Rd Ste 802
Portland, OR  97225-6119


Infiniti Logistics, Inc
4701 College Blvd Ste 104
Leawood, KS  66211-1890


Inland Tarp & Liner
1600 N Main St
Fostoria, OH  44830-1941


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21226
Philadelphia, PA  19114-0726


Interstate Billing Service, Inc.
PO Box 2208
Decatur, AL  35609-2208


Interstate Capital Corp.
11333 N Central Expy
Dallas, TX  75243-6706


James Lewis Trucking
4165 E Pine Lake Rd
New Springfield, OH  44443-9735

Jan X-Ray Services Inc.
PO Box 29253
New York, NY  10087-9253


Jay Deline
4505 State Route 281
Cortland, NY  13045-8859


Jay J. Deline
4505 State Route 281
Cortland, NY  13045-8859


JD Trucking of Indiana, LLC
608 S South St
Brookston, IN  47923-8311


Jim Bass Ford, Inc.
4032 W Houston Harte Expy
San Angelo, TX  76901-5049


JMD Company
5401 Progress Blvd
Bethel Park, PA  15102-2517


John Deere Financial
PO Box 4450
Carol Stream, IL  60197-4450

John Deere Financial
6400 NW 86th St
Johnston, IA  50131-2945


John Swift
1026 Pine Timbers Dr
Sour Lake, TX  77659-9257


JP Graham Transport, Inc.
PO Box 390
Rochester, PA  15074-0390


JP Welding & Fabrication, LLC
22851 County Road 230
Morrison, OK  73061-9575


JS Oilfield Services, LLC
PO Box 546
Grand View, ID  83624-0546


Jump Transport
PO Box 1456
Newcastle, OK  73065-1456


K&B Services, LLC
PO Box 424
Quitman, AR  72131-0424

Keystone Surveying and Mapping, Inc.
9152 Route 22
Blairsville, PA  15717-4128

Keystone Wireline Service
135 Looker Mountain Trl
Bradford, PA  16701-3443

Kibbe Oil & Gas Field Services
150 Harrison Fox Hill Rd
Harrison Valley, PA  16927-9415

Kimberly Kisner, Esq.
1 Oxford Center 301 Grant St Ste 4300
Pittsburgh, PA  15219

Kinnunen Sales & Rentals, Inc.
707 E 6th Ave
Stillwater, OK  74074-3704

KIOGA
229 E William St Ste 211
Wichita, KS  67202-4027

Kirby-Smith Machinery Inc.
PO Box 270360
Oklahoma City, OK  73137-0360

Kisner Law Firm
301 Grant St Ste 4300
Pittsburgh, PA  15219-6405


Knickerbocker Russell Co., Inc.
4759 Campbells Run Rd
Pittsburgh, PA  15205-1317


Knox Oil Field Supply, Inc.
PO Box 60065
San Angelo, TX  76906-0065


Kwik Kar Lube & Wash
4385 Sherwood Way
San Angelo, TX  76901-5614


Kwik Kar Service Center, LLC
119 N Perkins Rd
Stillwater, OK  74075-5507


Laurel Aggregate LLC
250 Lakewood Ctr
Morgantown, WV  26508-4457


Lezzer Energy Services Division
PO Box 217
Curwensville, PA  16833-0217

Liberty Sales & Distribution, LLC
2880 Bergey Rd Ste F
Hatfield, PA  19440-1764


Light Tower Rentals
2330 E Interstate 20
Odessa, TX  79766-8842


Liquid Luggers
183 Edgeworth Ave
East Palestine, OH  44413-1554


Liquid Luggers, LLC
183 Edgeworth Ave
East Palestine, OH  44413-1554


Location Builders
PO Box 1225
Sonora, TX  76950-1225


Lyden Oil Company
3711 Leharps Dr
Youngstown, OH  44515-1492


Lynch Chappell & Alsup
The Summit,
300 N Marienfeld St Ste 700
Midland, TX  79701-4322

M&M Supply Co.
PO Box 870164
Kansas City, MO  64187-0164


M. Raynor Sales & Equipment
PO Box 339
Atlasburg, PA  15004-0339


McCarthy Burgess & Wolff
26000 Cannon Rd
Cleveland, OH  44146-1807


McDonald, Coinot Crouse, LLP
1000 Pittsford Victor Rd
Pittsford, NY  14534-3822


McJunkin Red Man Corporation
7166 Highway 83 S
Asherton, TX  78827


McKenzie Hughes, LLP
101 S Salina St Ste 600
Syracuse, NY  13202-4304


McMullin Law Group
David McMullin, Esq.
564 Forbes Ave Ste 1007
Pittsburgh, PA  15219-2903

```
McMullin Law Group, LLC
564 Forbes Ave Ste 1007
Pittsburgh, PA  15219-2903


Meadow Lark Transport, Inc.
PO Box 50575
Billings, MT  59105-0575


Melvin & Melvin, LLP
217 S Salina St Ste 700
Syracuse, NY  13202-1323


Merchant Cash & Capital
450 Park Ave S Fl 11
New York, NY  10016-7320


Meshoppen Stone, Inc.
PO Box 127
Meshoppen, PA  18630-0127


Micah D. Sexton
123 W 7th Ave Ste 202P
Stillwater, OK  74074-4068


Michael Taylor
c/o JP Welding
22851 County Road 230
Morrison, OK  73061-9575
```

Mid East Truck & Tractor Service
831 Nassau St W
East Canton, OH   44730-1156


Midlantic Machinery, Inc.
PO Box 8500-41125
Philadelphia, PA   19178-1125


Midwest Hose & Speciality Inc
PO Box 96558
Oklahoma City, OK   73143-6558


Midwest Inspection Services
3172 Momentum Pl
Chicago, IL   60689-5331


Mike Wieder
41 James St
Homer, NY   13077-1312


Millenium Torque & Tensioning Inc.
PO Box 13
Eighty Four, PA   15330-0013


Milton Cat
PO Box 3851
Boston, MA   02241-3851

Mineral Wells Print Center
306 SE 1st Ave
Mineral Wells, TX  76067-5306


MLM Project Services, Inc.
26300 La Alameda Ste 260
Mission Viejo, CA  92691-8306


Motor Carrier Compliance & Safety
312 Drinker St
Dunmore, PA  18512


Mueller. Inc.
4625 FM 18
Abilene, TX  79602-2009


Munsch Hardt Kopf & Harr, P.C.
500 N Akard 3800 Lincoln Plz
Dallas, TX  75201


Murphy Tractor & Equipment Co
21310 Network Pl
Chicago, IL  60673-1213


National Pump & Compressor
PO Box 301758
Dallas, TX  75303-1758

Nations Equipment
101 Merritt 7
Norwalk, CT   06851-1059


NES Rentals
PO Box 8500-1226
Philadelphia, PA   19178-1226


New York State Unemployment Ins.
PO Box 4301
Binghamton, NY   13902-4301


New York Workers Compensation
335 Madison Ave Fl 27
New York, NY   10017-4653


Northern Safety & Industrial
PO Box 4250
Utica, NY   13504-4250


Nuverra Environmental Services
PO Box 204422
Dallas, TX   75320-4422


NYS Dept. of Tax and Finance
Bankruptcy Section
PO Box 5300
Albany, NY   12205-0300

Office of the Ohio Attorney General
Collections Enforcement Section
150 E Gay St
Columbus, OH  43215-3130


Orange Commercial Credit
PO Box 11099
Olympia, WA  98508-1099


Paris Uniform Rental and Supply
PO Box 1043
Dubois, PA  15801-1043


Peerless Insurance Company
PO Box 2051
Keene, NH  03431-7051


Penelec -239
PO Box 3687
Akron, OH  44309-3687


Pennsylvannia American Water
PO Box 371412
Pittsburgh, PA  15250-7412


Phillips Murrah, PC
Clay P. Booth
101 N Robinson Ave Fl 13
Oklahoma City, OK  73102-5523

Pipeline Supply Company
203 Egel Ave
Middlesex, NJ  08846-2507

Pipeline Testing Consortium Inc.
PO Box 842566
Kansas City, MO  64184-2566

Portville Truck & Auto
PO Box 633
Portville, NY  14770-0633

Postal Pack & Ship
601 S Washington St
Stillwater, OK  74074-4539

Praxair  Distribution, Inc.
PO Box 120812
Dallas, TX  75312-0812

Precision Finishings, Inc.
708 Lawn Ave
Sellersville, PA  18960-1548

Price Supply Inc.
109 Cason Rd
Broussard, LA  70518-3204

PSS Companies
1010 Lamar St Ste 710
Houston, TX  77002-6312


Public Service Commission of WV
Motor Carrier Section
PO Box 812
Charleston, WV  25323-0812


QC Energy Resources, Inc.
62660 Collection Center Dr
Chicago, IL  60693-0626


Quapaw Company
PO Box 609
Stillwater, OK  74076-0609


R Tex Services
PO Box 1055
Joshua, TX  76058-1055


R&R Express, Inc,
PO Box 912394
Denver, CO  80291-2394


Ragusa's Repair, LLC
632 Bartnick Rd
Genoa, NY  13071-9719

Ray Pamder Trucking, Inc.
PO Box 187
Diamond, OH  44412-0187


Raymonds Rolloff's
PO Box 683
Philipsburg, PA  16866-0683


Receivable Management Services Corp
4836 Brecksville Rd
Richfield, OH  44286-9177


Regal Oil, Company
PO Box 950
San Angelo, TX  76902-0950


Relin Golsdtein & Crane, LLP
28 E Main St Ste 1800
Rochester, NY  14614-1936


Rick Browning
5050 E University Blvd Ste 1
Odessa, TX  79762-8100


Rig Power, Inc
PO Box 10983
Midland, TX  79702-7983

RK Oilfield Services, LLC
1004 W Hartford Ave
Ponca City, OK  74601-1104


RMC Sanitation
PO Box 288
Burgettstown, PA  15021-0288


RMS
335 Madison Ave Fl 27
New York, NY  10017-4653


Rockin T., Inc.
PO Box 270568
Houston, TX  77277-0568


Rogelio Rodriquez
PO Box 16960
Jonesboro, AR  72403-6716


Roseland Publications
315 S Broadway Ave Ste 101
Tyler, TX  75702-7348


Rush Truck Centers
PO Box 2208
Decatur, AL  35609-2208

Sanchez Trucking
2701 W Washington Ave
Midland, TX  79701-7129


Select Energy Services
101 Hillpointe Dr Ste 111
Canonsburg, PA  15317-9534


Shackleton Trucking, Inc.
2721 2nd Ave
New Auburn, WI  54757-8827


Sherwin Williams Co
112 W Chestnut St
Washington, PA  15301-4423


Sierra Springs
PO Box 660579
Dallas, TX  75266-0579


Signature Financial
225 Broadhollow Rd Ste 132W
Melville, NY  11747-4809


Signature Financial, LLC
225 Broadhollow Rd Ste 132W
Melville, NY  11747-4809

Silk Road Transport Inc
PO Box 3720
New York, NY   10008-3720


Site Safe Solutions, Inc.
202 S Dixon St Ste 201
Gainesville, TX   76240-4764


Slater Tenaglia Fritz & Hunt
395 W Passaic St Ste 205
Rochelle Park, NJ   07662-3016


Solvay Bank
1537 Milton Ave
Solvay, NY   13209-1621


Southern Tire Mart
PO Box 1000
Memphis, TN   38148-0001


Staples Advantage
PO Box 415256
Boston, MA   02241-5256


Star Fleet
PO Box 769
Goshen, IN   46527-0769

Star Lake Ford, LLC
1212 Main St
Burgettstown, PA   15021-1088


State of Colorado
CO Dept. of Labor & Employment
PO Box 8789
Denver, CO   80201-8789


State of North Carolina
Department Of Revenuer
PO Box 25000
Raleigh, NC   27640-0100


State of Oklahoma
Oklahoma Employment Security Commission
PO Box 52004
Oklahoma City, OK   73152-2004


State of Texas
Texas Workforce Commission
PO Box 149037
Austin, TX   78714-9037


Stillwater Properties
PO Box 2441
Stillwater, OK   74076-2441

Strad Oilfield Services, Inc
410 17th St Ste 1825
Denver, CO  80202-4408


Sunbelt Rentals
PO Box 409211
Atlanta, GA  30384-9211


Taylor Foam, Inc
370 N Rockwell Ave
Oklahoma City, OK  73127-6117


The Commerce Law Group
436 S Main St
Pittsburgh, PA  15220-5532


The Hartford
PO Box 660916
Dallas, TX  75266-0916


Theodore A Saad, Esq.
Verterano & Manolis
2622 Wilmington Rd
New Castle, PA  16105-1530


Thomas Ford, Inc
4405 W 6th Ave
Stillwater, OK  74074-1521

Thunder Trucking, LLC
211 Gerald St
Ochelata, OK  74051-2304


Time Warner Cable
PO Box 70872
Charlotte, NC  28272-0872


Time Warner Cable 5310
PO Box 60074
City of Industry, CA  91716-0074


Tony's Oilfield Service, Inc
PO Box 335
Yale, OK  74085-0335


Torres Credit Services Inc.
PO Box 189
Carlisle, PA  17013-0189


Towaway Express, Inc.
PO Box 444
New Kingstown, PA  17072-0444


Tracey Road Equipment
6803 Manlius Center Rd
East Syracuse, NY  13057-3912

Tractor Supply Co
PO Box 6899020
S Des Moines, IA   50368-9020


Trailer Convoys, Inc.
PO Box 14
Jeffersonville, IN   47131-0014


Transtar Logistics
11166 Old Baxter Rd
Silver Point, TN   38582-6101


Tri-State Trucking Company
16064 Route 6
Mansfield, PA   16933-9199


Triple Crown Products
814 Ela Ave
Waterford, WI   53185-4237


Triple Transport
PO Box 546
Judsonia, AR   72081-0546


Turner Transport, LLC
106 Lichen Ct # B
Myrtle Beach, SC   29588-8737

Ultimate Energy Services, LLC
800 Old Highway 271
Fort Smith, AR  72916-8016


United Rentals
PO Box 100711
Atlanta, GA  30384-0711


United Rentals North America Inc.
PO Box 840514
Dallas, TX  75284-0514


UTI Transport Solutions
PO Box 1147
Medford, OR  97501-0085


Valley Tire Co., Inc.
6302 E Molloy Rd
East Syracuse, NY  13057-1024


Valley Tire Co., Inc.
1002 Arentzen Blvd
Charleroi, PA  15022-1003


VEHIFAX - All Points Capital
275 Broadhollow Rd
Melville, NY  11747-4808

VEHIFAX-Sig Financial
555 Broadhollow Rd
Melville, NY  11747-5078


Veriforce
1776 Woodstead Ct Ste 200
Spring, TX  77380-1480


Verizon
PO Box 15124
Albany, NY  12212-5124


Verizon - 455
PO Box 15124
Albany, NY  12212-5124


Verizon Wireless
PO Box 408
Newark, NJ  07101-0408


Viking Forest Products, LLC
PO Box 847245
Dallas, TX  75284-7245


Volvo Rentals
PO Box 936078
Atlanta, GA  31193-6078

Volvo Rentals
108 Starpointe Blvd
Burgettstown, PA  15021-9504


Wallace Transportation
9185 Paysphere Cir
Chicago, IL  60674-0091


Warren CAT
PO Box 842116
Dallas, TX  75284-2116


Warren Power & Machinery
10325 W County Road 117
Midland, TX  79706


Waste Management
PO Box 13648
Philadelphia, PA  19101-3648


Wayne's Body Shop
PO Box 142
Burgettstown, PA  15021-0142


Wellsman Recycling  LLC
PO Box 420
Owego, NY  13827-0420

West Central Wireless
PO Box 3866
San Angelo, TX  76902-3866


West Penn Power
76 S Main St
Akron, OH  44308-1812


West Penn Tanks, LLC
4257 Gibsonia Rd
Gibsonia, PA  15044-9337


West Texas Steel & Supply
6617 S US Highway 277
San Angelo, TX  76904-4199


West Wind Trucking & Transport
4705 University Rd
Gillette, WY  82718-8255


Western Surety Company
101 S Reid St Ste 300
Sioux Falls, SD  57103-7045


Wilken McMurray, PLLC
1515 S Utica Ave Ste 200
Tulsa, OK  74104-4933

Williams Scotsman, Inc.
PO Box 91975
Chicago, IL  60693-1975


Wilson Inc.
PO Box 200822
Dallas, TX  75320-0822


Woodward, Inc.
PO Box 812
Mars, PA  16046-0812


Xylem Dewatering Solutions, Inc.
Godwin Pumps of America
PO Box 935152
Atlanta, GA  31193-5152